Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**

EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES

(P): (314)-887-3012

(F): (314)-887-3013

(E): stlouislifecareplanner@gmail.com

---

## EXPERT REPORT REGARDING MITIGATION EFFORTS

**Report Completion Date:** March 27th, 2026
**Name:** Amy Penick, Ph.D.
**Age:** ■
**DOB:** ■■■■■■■

**OVERVIEW**

Dr. Amy Penick's case was referred to this expert for the purposes of assessing a past lost wages claim in relation to her current lawsuit against MERS/Missouri Goodwill Industries. Dr. Penick is claiming disability discrimination for social anxiety disorder, retaliation for reporting student ADA violations, and FMLA interference.

This expert is a vocational rehabilitation specialist who will opine regarding Dr. Penick's work/earning histories, efforts to obtain employment, and forecasted earning capacity within her local labor market. This expert holds a Ph.D. in Rehabilitation Counseling and has over 17 years of experience testifying over 360 times in combined state and federal court cases. This expert was retained on behalf of the defendants to offer opinions based on the plaintiff's specialized training and skills related to past employment and her efforts to mitigate her past wage loss claim. An outline of this experts' peer-reviewed publications, testimony history, and CV is attached.

The following report is based on the below documents received from defense counsel.

| Medical Provider/Source | Type of Record | Date(s) of Service |
|---|---|---|
| MERS/Missouri Goodwill Industries | Hire Request Form, Change of Status Form, Employment Records | April 11th, 2022- April 26th, 2023 |
| Defendant's Attorney | Plaintiff's Mitigation Table and Supporting Documents | May 25th, 2023-August 18th, 2024 |
| Wyzant | Payment History | September 27th, 2023- September 7th, 2025 |
| Circuit Court for St. Louis City, State of Missouri | Petition for Damages | May 16th, 2025 |

1

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

| United States District Court Eastern District of Missouri Eastern Division | Plaintiff's Responses and Objections to Defendant's First Interrogatories to Plaintiff, Plaintiff's Initial Disclosures, Plaintiff's Amended Responses and Objections to Defendant's First Interrogatories to Plaintiff, Deposition of Amy Penick | August 1st, 2025; September 22nd, 2025; December 30th, 2025; January 21st, 2026 |
|---|---|---|
| LinkedIn | Profile of Amy Penick | N/A |
| Personnel File | Amy Penick Resumé | N/A |

**GENERAL INFORMATION**
The following information was obtained from Dr. Penick's deposition. Dr. Amy Penick currently resides at ▇▇▇▇▇▇▇▇, St. Louis, Missouri, ▇▇▇▇ with a Mr. Craig Adams. She is not currently married and denied any previous marriages, but she did report that she has one adult daughter. Dr. Penick indicated that she was born in St. Louis, MO.

**INCIDENT**
According to the petition for damages dated May 16th, 2025, plaintiff was subjected to discrimination, retaliation, and FMLA interference during her employment at MERS Goodwill, including the termination of her employment.

**EDUCATIONAL HISTORY**
According to the resumé included in the records and Dr. Penick's deposition, she obtained a Bachelor of Arts in English literature and a Bachelor of Science in mathematics from Webster University in 2000. She obtained a mathematics teacher certification from the University of Missouri in 2005. She holds a master's in curriculum and instruction from Missouri Baptist University she obtained in 2009 or 2010. Finally, Dr. Penick obtained a doctorate in higher education administration from Saint Louis University in 2023.

**WORK HISTORY**
When asked on the plaintiff's responses and objections to defendant's first interrogatories to identify all damages sought in this lawsuit, Dr. Penick stated, "Plaintiff seeks to recover back pay, including lost benefits, with pre-judgment interest. Plaintiff is currently gathering information to calculate back pay damages and will supplement her response regarding back pay within thirty (30) days. Plaintiff seeks to recover front pay. Plaintiff presently has insufficient information to calculate the amount of front pay and will supplement this response. Plaintiff further seeks compensatory damages, including compensation for emotional distress and mental anguish. Such damages are intangible and not subject to mathematical calculation and will be determined by the jury. Plaintiff seeks punitive damages which are not subject to

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

calculation and will be determined by a jury. Plaintiff seeks recovery of pre and post-judgment interest as well as his attorney's fees and costs in this action, including any expert fees. Such fees and costs will be determined by the Court after trial. Plaintiff is seeking liquidated damages pursuant to the Family and Medical Leave Act. Plaintiff presently has insufficient information to calculate the amount of liquidated damages. Plaintiff will produce W-2 and 1099 forms, subject to entry of a protective order, reflecting her income from work subsequent to Defendant terminating her employment."

Records included a profile on LinkedIn of Amy Penick and the summary stated, "I develop and implement retention strategies that overcome academic, social, and financial barriers, increasing equitable access and academic excellence. I'm a trauma-informed, culturally competent educator and career counselor dedicated to expanding access and opportunity for under-resourced and vulnerable student populations. Currently supporting Health Sciences at STLCC, I bring experience in high school and technical math instruction, student advising, and program design across career and technical education (CTE) pathways. My work focuses on aligning academic programs with workforce needs through strong industry partnerships. I'm especially passionate about helping students earn industry-recognized credentials that lead to meaningful, sustainable careers. With a background in both instruction and career services, I've led initiatives that improve retention, remove barriers, and promote equity in work-based learning. I believe in direct, compassionate communication and continuously seek innovative ways — including AI — to enhance student support and engagement. Let's connect if you share a commitment to equity, workforce development, or reimagining student success."

Records included a resumé for Dr. Penick which listed the below work experience.

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

**EXPERIENCE**

*Managing Director, AmP Ed Services*                    *February 2018 - Present*
- Advise students, parents, and organizations on college and career readiness.
- Develop and deliver group training to improve institutional student support and success.
- Conduct grant funded and institutional learning outcomes research.
- Provide individual academic and executive functioning support to at risk students.

*HSRB External Member, Saint Louis Community College*         *September 2023 - Present*
- Advance institutional research in accordance with ethical treatment of human subjects.
- Review proposals for scientific merit and human subject regulations compliance.
- Collaborate with board members to support and guide faculty research endeavors.

*College and Career Counselor, MERS Goodwill Excel Center*       *January 2022 – April 2023*
- Developed and oversaw programming to realize student college and career goals.
- Mitigated barriers to persistence for 500+ underserved student returners.
- Cultivated stakeholder partnerships in industry, college, and workforce development.
- Increased recruitment and retention to exceed 80% legislative outcome mandates.
- Optimized graduate opportunities in high demand fields with economic stability.
- Planned monthly outreach and engagement events to increase student belonging.
- Supervised Center evenings, resolving student concerns and securing facility.

*Instructor, Vatterott Career College*                  *June 2014 – December 2018*
- Increased degree completion of non-traditional, veteran, and first-generation students.
- Provided academic advising, student support, and career counseling.
- Designed and delivered dynamic technical math instruction for diverse learners.

*Graduate Assistant, Saint Louis University*              *August 2014 – May 2017*
- Supported faculty research spanning initial proposal through final publication.
- Taught undergraduate Orientation and graduate Student Affairs Administration courses.
- Provided academic advising and support services to college students.
- Planned fundraising, recruitment events, and academic conferences.

When asked in her deposition what she did from the time she graduated high school in 1993 until the first job listed on her resumé in 2014, Dr. Penick explained that she initially worked in corporate as a statistical analyst for U.S. Bank, then a business analyst for a contractor with Boeing, then a k-12 educator for St. Louis Public and various charters. She also reported that she worked as an education and events director for a wine venue from 2010-2013 or 2014. Dr. Penick explained in her deposition that she was teaching general education courses, primarily technical mathematics, at Vatterott Career College. She explained that she did not have an employment gap from 2018-2022 as it appears above, she reported that she worked retail at the Container Store and as the regional coordinator for Missouri Parents Act. Dr. Penick explained that the position with Saint Louis Community College was an ad hoc position she is no longer holding. She added that it was a human subjects review board external member unpaid position.

Dr. Penick confirmed in her deposition that she worked at Goodwill from January of 2022 until April of 2023. She first held the position of adjunct math teacher for approximately four months and indicated that she obtained the position through an online job posting. Dr. Penick then took on the additional role of college and career readiness specialist from April 2022 until April 2023 and explained that she continued teaching at the Excel Center at Goodwill once she began that role. She explained that she taught an evening class a couple days per week and at some point she stopped doing both roles to just

4

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

focus on the career specialist role. Dr. Penick reported that she also worked at Hawthorne Leadership School for Girls as a part-time math educator sometime in the school year of August 2021-May 2022.

Records included a job description for a college and career readiness specialist which listed the following responsibilities, "As directed, lead the school culture toward development and design of career pathways for targeted, industry-driven programs with sequential options, including dual-enrollment, noncredit and credit certificate programs. Work with the center Life Coaches and industry advisory networks to develop more student exposure to the world of work, including on-the-job opportunities, internships or job shadowing and other experiential learning for career pathways. Make sound recommendations to the school director on student placement into internships and job opportunities. Develop innovative, career-focused marketing and recruitment strategy for promoting career pathway opportunities to students. Conduct, gather and coordinate the development of research and performance measures for credential completion, educational attainment and efforts that bridge educational systems for career path employment. Align job training and education programs to jobs that are in demand or likely to grow in the immediate future in the local market. Attend and participate in meetings of key stakeholders in education and training, workforce and economic development to develop and strengthen information and resources related to the creation of career pathways. Oversee and support students in all certification and dual-credit classes they attend. Coordinate college preparation testing for all students (ACT, SAT, and/or ). Provide information on college fairs, campus visits, scholarships, etc. to current students, teachers and alumni. Create and maintain outreach efforts to Excel Center alums. Stay in contact with and track graduates as they pursue their postsecondary options in order to maintain up-to-date employment, career and college attainment. Provide additional services at the request of the school's director."

Records included a job posting for a college and career readiness specialist with the following description, "Who are we? MERS Goodwill has been selected by DESE to be responsible for developing four adult high schools that will administer the curriculum that allows adults to earn a traditional HS degree, at an accelerated rate, and often times coupled with dual college credit and industry-recognized credentials. The school is open from 9 am to 9 pm, has daycare provided on site, is year round, and is the first of its kind here in Missouri. Position Overview: Our goal is for College and Career Readiness Specialists to find joy in both teaching and learning. College and Career Readiness Specialists will lead the school culture toward development and design of career pathways for targeted, industry-driven programs with sequential options, including dual-enrollment, noncredit and credit certificate programs. Missouri is the 6th state to open Goodwill Excel Centers so there is the opportunity to exchange ideas, curriculum, and best practices on a national level as well."

Records from MERS/Goodwill included a hire request form for Dr. Penick for the full-time position of college and career readiness counselor with a salary of $50,000.00 and an expected start date of April 18th, 2022. Records also included a change of status form indicating Dr. Penick was terminated on April 26th, 2023 for "unprofessional behavior". According to Dr. Penick's deposition, she was contemplating

5

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

leaving Goodwill in April of 2023 based on text messages she sent in December of 2022. She explained that she was "already experiencing hostility" and was finishing her doctorate, so it seemed natural.

Records included a corrective action form from MERS/Missouri Goodwill dated April 20th, 2023 for Dr. Penick and the problems included tardiness, improper notification to supervisor of absence, and calling off without sufficient sick or vacation hours to cover time taken. The action at this time indicated a written warning. Records included a document entitled "separation information" in which it was noted that Dr. Penick was fired on April 26th, 2023 and the final incident detail stated, "Ms. Penick received a written warning corrective action for her attendance on 04/21/23. Video surveillance captured Ms. Penick walk out of the corrective action meeting and proceeded to discuss the corrective action with co-workers and students. She talked about it between the Director's office and the elevator, on the elevator, across the 3rd floor and into a classroom with students in it, over to the Life Coach's offices, back to her own office with a student in it, and over to a coworker's office with a student in it. She, pocked dialed the Director (her supervisor whom gave her the corrective action) on her way out of the meeting thus we have a 4 minute audio conversation of her conversations. During the conversation (transcription enclosed) Ms. Penick states "This place sucks ass....you mess with the bull you get the horns.... no email? Fuck you, I'm going to send her an email." Her regular rate of pay was listed as $25.64/hour for 37 hours per week.

According to the plaintiff's responses and objections to defendant's first interrogatories, the following was reported when asked about employment held since January 1, 2020, "Plaintiff responds for the time period after her termination from Defendant through starting her current employment: On or about September 27, 2024, Plaintiff started work as a Senior Project Associate II/Health Sciences Retention Coach with St. Louis Community College. Starting in September 2023, Plaintiff worked as a tutor for Wyzant, an online tutoring platform. Plaintiff is producing documents showing the dates Plaintiff worked, her rate of pay and the amount of time for each tutoring session. PLF 00541-48." Records included a document entitled "Payment History" from Wyzant which listed independent tutor Amy Penick with an hourly rate ranging from $30.00- $37.50 and total payments of 55 equating to $3,907.50 from September 27th, 2023- September 7th, 2025.

When asked to identify any employer which she had applied for employment since January 1, 2020, she stated, "Plaintiff responds regarding from the time Defendant terminated her employment through obtaining her position at St. Louis Community College. See documents produced, including PLF 00266-361, that identify the prospective employer, the position Plaintiff applied for and the dates of Plaintiff's applications during that time period. Plaintiff accepted a position with the Gene Slay Girls & Boys Club ("GSGBC") as an After School Program Director, see PLF 00356-61, but left for her next position without being paid.

When asked on the plaintiff's responses and objections to defendant's first interrogatories to list compensation, benefits, or income received since the end of employment with defendant, Dr. Penick

6

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

stated, "Plaintiff objects that this interrogatory is overly broad, unduly burdensome, seeks irrelevant information and is not proportional to the needs of the case. Plaintiff received unemployment payments for 2 weeks and repaid that money after the Missouri Division of Employment Security reversed its decision. Plaintiff worked for Wyzant doing tutoring starting on or about September 21, 2023. See PLF 00541-48. Plaintiff began working for St. Louis Community College on or about September 27, 2024. Plaintiff earns $66,000/year salary at St. Louis Community College."

Dr. Penick reported that she is currently working as a health sciences retention coach for St. Louis Community College and has been since September of 2024. She reported that she earns $66,000.00/year in this position. When asked in her deposition what the AmP Ed Services on her resumé is related to, she explained, "That's me, Amy Penick. It's not an LLC, but it's just how I framed my -- my independent work, my research, my coaching, my counseling and tutoring all in one and professional development I provided." She reported that she is not currently tutoring and is focusing on her role with St. Louis Community College.

**JOB SEEKING EFFORTS**
Records included a chart entitled "Plaintiff's Mitigation Efforts" with 51 applications listed from May 25th, 2023- August 18th, 2024. Many positions were applied for at Universities and job titles included director/supervisor positions, academic positions, program management, career coach positions, and coordinator positions. Records also included outlook email records of those applications and any corresponding interviews.

**CRIMINAL/CLAIMS HISTORY**
When asked on the plaintiff's responses and objections to defendant's first interrogatories to plaintiff if she has ever been party to a claim, Dr. Penick Stated, "Plaintiff objects that this interrogatory is overly broad, unduly burdensome, seeks irrelevant information and is not proportional to the needs of the case. Without waiving the foregoing objections, regarding her employment, other than the Charge of Discrimination with the Equal Employment Opportunity Commission and the Missouri on Human Rights, Plaintiff's Charge of Discrimination No. 560-20234-00446; FE-11/23-37245 (PLF 000001-6), which is closed, and Plaintiff's Petition (Case No. 4:25-cv-00713-SPM) in this case, in which litigation is ongoing, Plaintiff filed for unemployment with the Missouri Division of Employment Security after her termination from Defendant and was awarded unemployment benefits, then that decision was overturned, and Plaintiff has since repaid that money. Plaintiff also filed an inquiry with the EEOC regarding Defendant in February 2023 but took no further action on that inquiry. PLF 00234."

Records from Goodwill included a background check which indicated charges filed for resisting arrest and littering on January 26th, 2006 in which Dr. Penick was found guilty and the sentence was a fine.

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

**TRANSFERABLE SKILLS AND OCCUPATIONAL RECOMMENDATIONS**

Based on Dr. Penick's education and experience beginning from the time she separated from Goodwill, she could have been job searching in the below occupational categories.

1. Educational, Guidance, and Career Counselors and Advisors
   According to the Occupational Information Network (2024 wage data), career counselors (21-1012.00) earn a median annual salary of $56,940.00 in the St. Louis area and a high of $86,630.00 (labor market statistics attached).

2. Secondary School Teachers
   According to the Occupational Information Network (2024 wage data), secondary school teachers (25-2031.00) earn a median annual salary of $61,580.00 in the St. Louis area and a high of $95,850.00 (labor market statistics attached).

3. Instructional Coordinators
   According to the Occupational Information Network (2024 wage data), instructional coordinators (25-9031.00) earn a median annual salary of $74,080.00 and a high of $113,640.00 (labor market statistics attached).

4. Education Teachers, Postsecondary
   According to the Occupational Information Network (2024 wage data), education teachers (25-1081.00) earn a median annual salary of $63,470.00 in the St. Louis area and a high of $104,130.00 (labor market statistics attached).

5. Education Administrators, Kindergarten through Secondary (2024 wage data), educational administrators (11-9032.00) earn a median salary of $104,260.00 and a high of $140,660.00 (labor market statistics attached).

**RETROACTIVE LABOR MARKET SURVEY**

Records indicate that Dr. Penick was job searching from May 25th, 2023 - August 18th, 2024 after being terminated from Goodwill on April 26th, 2023. As identified above, five occupational categories appear most appropriate and should have encompassed the majority of her job search. Bureau of Labor Statistics (BLS) indicates that the occupation of career counselors has a 4% growth rate from 2024-2034 (as fast as average) and a median annual salary of $56,940. The Bureau of Labor Statistics indicates that the occupation of secondary school teachers has a -1% growth rate from 2024-234 and a median salary of $61,580.00. The Bureau of Labor Statistics indicates that the occupation of instructional coordinators has a 1% growth rate from 2024-2034 and a median annual salary of $74,720. The Bureau of Labor Statistics indicates that the occupation of postsecondary teachers has a 7% growth rate from 2024-2034 (much faster than average) and a median annual salary of $83,980. Wage Data indicates Education

8

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

Administrators, Kindergarten through Secondary have a growth rate of <1% and earn a median salary of $104,260.00 in the St. Louis area.

The information from the BLS confirms overall occupational sustainability and expected pay in the categories of that Dr. Penick should have been seeking during the period of time in question.

Notably, the St. Louis region has a highly concentrated number of schools and school districts (public and private) including high schools, community colleges, and universities, with positions for which Dr. Penick would have been qualified for. Dr. Pennick is located in a metropolitan job market with a significant number of jobs in the educational field. Furthermore, the timing of the commencement of the job search (April) would have given her good opportunities as a candidate looking to begin a position for the summer session of school, especially for the start of the next school year.

**2023 Wage Data (BLS OES data www.bls.gov):**

According to the May 2023 BLS OEWS data for St. Louis, MO-IL, educational, guidance, and career counselors and advisors (code 21-1012) earned an annual mean wage of $57,240.00. There were 3,840 jobs within the St. Louis labor market within this occupational category in 2023.

According to the May 2023 Bureau of Labor Statistics data, Secondary School Teachers in the St. Louis, MO-IL metropolitan area, earned an average annual wage of $68,830.00. There were 10,030 jobs within the St. Louis labor market within this occupational category in 2023.

According to May 2023 Bureau of Labor Statistics data, instructional coordinators in the St. Louis, MO-IL metropolitan area earned an average annual wage of $79,110.00. There were 1,680 jobs within the St. Louis labor market within this occupational category in 2023.

According to the May 2023 Bureau of Labor Statistics data, Metropolitan and Nonmetropolitan Area Occupational Employment and Wage Estimates for St. Louis, MO-IL, postsecondary teachers generally earned a mean annual wage ranging $108,770.00 depending on their specific field of study. There were 300 jobs within the St. Louis labor market within this occupational category in 2023.

According to the May 2023 Bureau of Labor Market Statistics data, education administrators in the St. Louis, MO-IL metropolitan area earned average annual salaries was $123,890. There were 1,880 jobs within the St. Louis labor market within this occupational category in 2023.

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

**CONCLUSION**

Dr. Amy Penick is a 51-year-old female who holds bachelor's degrees in English literature and mathematics, a master's degree in curriculum and instruction, and a doctorate in higher education administration. She worked for Goodwill from January of 2022 until April of 2023 as a math teacher and then as a college and career readiness specialist earning $25.64/hour for 37 hours per week or $50,000.00/year. Dr. Penick was fired from Goodwill in April of 2023 and has presented a claim for past lost wages due to disability discrimination for social anxiety disorder, retaliation for reporting student ADA violations, and FMLA interference.

Dr. Penick is currently employed as a health sciences retention coach for St. Louis Community College and has been since September of 2024 earning $66,000.00/year. From the sixteen-month period from when her employment ended with Goodwill (April 2023) until when she received her current employment offer (September 2024), she provided proof of completing job applications. However, based on the documents provided to show her mitigation efforts, Dr. Penick applied to 51 job postings over the span of approximately 16 months, averaging to approximately three job applications per month.

According to the Department of Labor and Industrial Relations, in order to be eligible for unemployment benefits in the state of Missouri, individuals are required to complete three work search activities each week. Dr. Penick's search is considerably less than the minimal expectation to retain unemployment benefits. In this expert's experience, significantly more job application efforts are needed to locate employment in a reasonable time period. Further, this expert has been retained in countless family court cases in which job searches are required, for the purposes of wage imputation in child support and alimony calculations, and this expert commonly reviews individuals' job search and application efforts of multiple jobs per day. In contrast, here Dr. Penick was only applying to an average of 3 employers per month.

This expert has experience coaching individuals who are seeking to secure employment as soon as possible in a particular and/or desired industry and at a certain pay rate. In those cases, this expert encourages the individuals to identify growing job categories for which the candidate is qualified, apply for those positions through multiple job search portals, and involve a professional staffing agency in some instances to optimize placement. Here, it does not appear she took this reasonable approach to locating a replacement job.

In conclusion, Dr. Penick appears appropriately employed and compensated currently. In reference to her past lost wages claim, this expert has been asked to specifically opine on the following questions:

1. Did Ms. Penick exercise reasonable diligence under the circumstances to minimize her alleged lost wages/salary/benefits after Goodwill terminated her employment on April 26, 2023?

10

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

It is this expert's opinion that Dr. Penick did not put forth reasonable diligence to obtain employment in the 16 months she was unemployed after Goodwill terminated her employment on April 26, 2023. Based on this expert's experience, if Dr. Penick would have exercised reasonable diligence in her job search, there is a high likelihood she would have found appropriate employment quickly.

2.  Did Ms. Penick fail to seek out or take advantage of job opportunities reasonably available to her after Goodwill terminated her employment on April 26, 2023?

It is this expert's opinion that Dr. Penick failed to take advantage of job opportunities reasonably available to her after her employment with Goodwill ended. All 5 occupational categories this expert identified as consistent with Dr. Penick's skill set and experience were stable and paid more than her salary with Goodwill. Her job search did not focus on each of the categories identified by this expert as her best options for employment, and she made limited efforts submitting applications to available positions.

These opinions are made to a reasonable degree of certainty.

I will gladly testify on this matter upon request.

Respectfully Submitted,

*Julianne Frain*

Julianne Frain, Ph.D., C.R.C., C.L.C.P.
ABVE/D Life Care Planning Expert

Encl. Labor Market Statistics
Encl. BLS data

11

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

## Labor Market Statistics

**Local Wages for: 21-1012.00 - Educational, Guidance, and Career Counselors and Advisors**
Source: Bureau of Labor Statistics 2024 wage data - https://www.bls.gov/oes/

| Location | Annual Low (10%) | Annual QL (25%) | Annual Median (50%) | Annual QU (75%) | Annual High (90%) | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $43,580 | $51,690 | $65,140 | $83,490 | $105,870 | $20.95 | $24.85 | $31.32 | $40.14 | $50.90 |
| Missouri | $39,100 | $46,100 | $53,790 | $62,720 | $77,370 | $18.80 | $22.16 | $25.86 | $30.16 | $37.20 |
| St. Louis, MO-IL | $41,230 | $47,200 | $56,940 | $70,030 | $86,630 | $19.82 | $22.69 | $27.38 | $33.67 | $41.65 |
| Cape Girardeau, MO-IL | $40,980 | $41,460 | $50,020 | $60,270 | $63,090 | $19.70 | $19.93 | $24.05 | $28.98 | $30.33 |
| Central Missouri nonmetropolitan area | $29,020 | $41,430 | $49,940 | $58,920 | $65,440 | $13.95 | $19.92 | $24.01 | $28.33 | $31.46 |
| Columbia, MO | $42,360 | $46,950 | $52,190 | $62,470 | $82,230 | $20.37 | $22.57 | $25.09 | $30.03 | $39.54 |
| Fayetteville-Springdale-Rogers, AR | $43,250 | $53,570 | $65,800 | $77,770 | $85,370 | $20.79 | $25.75 | $31.64 | $37.39 | $41.05 |
| Jefferson City, MO | $39,110 | $46,050 | $49,220 | $59,550 | $63,280 | $18.80 | $22.14 | $23.67 | $28.63 | $30.43 |
| Joplin, MO-KS | $38,770 | $46,980 | $58,430 | $72,520 | $112,670 | $18.64 | $22.59 | $28.09 | $34.87 | $54.17 |
| Kansas City, MO-KS | $44,100 | $49,000 | $60,050 | $68,340 | $78,010 | $21.20 | $23.56 | $28.87 | $32.86 | $37.51 |
| North Missouri nonmetropolitan area | $38,190 | $43,500 | $49,060 | $58,790 | $71,000 | $18.36 | $20.91 | $23.59 | $28.27 | $34.13 |
| Southeast Missouri nonmetropolitan area | $36,460 | $45,600 | $50,530 | $58,920 | $68,120 | $17.53 | $21.92 | $24.29 | $28.33 | $32.75 |
| Southwest Missouri nonmetropolitan area | $36,180 | $48,460 | $51,410 | $59,880 | $71,620 | $17.39 | $23.30 | $24.72 | $28.79 | $34.44 |
| Springfield, MO | $41,470 | $45,090 | $50,020 | $61,360 | $72,910 | $19.94 | $21.68 | $24.05 | $29.50 | $35.05 |
| St. Joseph, MO-KS | $42,740 | $46,260 | $50,050 | $60,770 | $69,760 | $20.55 | $22.24 | $24.06 | $29.21 | $33.54 |

**Local Wages for: 25-2031.00 - Secondary School Teachers, Except Special and Career/Technical Education**
Source: Bureau of Labor Statistics 2024 wage data - https://www.bls.gov/oes/

| Location | Annual Low (10%) | Annual QL (25%) | Annual Median (50%) | Annual QU (75%) | Annual High (90%) | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $47,330 | $57,800 | $64,580 | $83,010 | $104,670 | n/a | n/a | n/a | n/a | n/a |
| Missouri | $38,300 | $46,150 | $50,780 | $64,630 | $79,600 | n/a | n/a | n/a | n/a | n/a |
| St. Louis, MO-IL | $45,920 | $49,000 | $61,580 | $77,830 | $95,850 | n/a | n/a | n/a | n/a | n/a |
| Cape Girardeau, MO-IL | $36,670 | $39,340 | $46,410 | $58,970 | $73,840 | n/a | n/a | n/a | n/a | n/a |
| Central Missouri nonmetropolitan area | $37,480 | $40,030 | $47,260 | $60,250 | $75,790 | n/a | n/a | n/a | n/a | n/a |
| Columbia, MO | $38,410 | $45,810 | $48,630 | $60,920 | $75,810 | n/a | n/a | n/a | n/a | n/a |
| Fayetteville-Springdale-Rogers, AR | $50,630 | $54,210 | $60,400 | $64,610 | $76,870 | n/a | n/a | n/a | n/a | n/a |
| Jefferson City, MO | $38,780 | $45,720 | $55,580 | $64,560 | $82,790 | n/a | n/a | n/a | n/a | n/a |
| Joplin, MO-KS | $40,140 | $46,690 | $60,530 | $75,980 | $102,470 | n/a | n/a | n/a | n/a | n/a |
| Kansas City, MO-KS | $47,370 | $48,990 | $60,230 | $71,020 | $78,130 | n/a | n/a | n/a | n/a | n/a |
| North Missouri nonmetropolitan area | $37,110 | $37,930 | $45,680 | $48,210 | $62,050 | n/a | n/a | n/a | n/a | n/a |
| Southeast Missouri nonmetropolitan area | $37,860 | $40,140 | $47,380 | $72,810 | $95,800 | n/a | n/a | n/a | n/a | n/a |
| Southwest Missouri nonmetropolitan area | $38,600 | $45,150 | $46,660 | $55,820 | $59,240 | n/a | n/a | n/a | n/a | n/a |
| Springfield, MO | $38,730 | $46,360 | $50,900 | $60,470 | $76,150 | n/a | n/a | n/a | n/a | n/a |

**Local Wages for: 25-9031.00 - Instructional Coordinators**
Source: Bureau of Labor Statistics 2024 wage data - https://www.bls.gov/oes/

| Location | Annual Low (10%) | Annual QL (25%) | Annual Median (50%) | Annual QU (75%) | Annual High (90%) | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $46,560 | $59,120 | $74,720 | $94,780 | $115,410 | $22.39 | $28.43 | $35.92 | $45.57 | $55.49 |
| Missouri | $43,920 | $52,950 | $68,210 | $84,860 | $101,380 | $21.12 | $25.46 | $32.79 | $40.80 | $48.74 |
| St. Louis, MO-IL | $46,570 | $58,250 | $74,080 | $92,870 | $113,640 | $22.39 | $28.01 | $35.61 | $44.65 | $54.64 |
| Cape Girardeau, MO-IL | $38,880 | $52,630 | $59,290 | $62,800 | $80,740 | $18.69 | $25.30 | $28.51 | $30.19 | $38.82 |
| Central Missouri nonmetropolitan area | $40,750 | $48,760 | $62,320 | $79,580 | $98,550 | $19.59 | $23.44 | $29.96 | $38.26 | $47.38 |
| Columbia, MO | $40,050 | $50,580 | $58,810 | $77,270 | $92,750 | $19.25 | $24.32 | $28.28 | $37.15 | $44.59 |
| Fayetteville-Springdale-Rogers, AR | $38,340 | $53,200 | $66,200 | $79,730 | $93,690 | $18.43 | $25.58 | $31.83 | $38.33 | $45.04 |
| Jefferson City, MO | $45,360 | $57,390 | $62,900 | $79,560 | $92,320 | $21.81 | $27.59 | $30.24 | $38.25 | $44.38 |
| Joplin, MO-KS | $47,830 | $55,420 | $78,670 | $92,270 | $106,910 | $23.00 | $26.64 | $37.82 | $44.36 | $51.40 |
| Kansas City, MO-KS | $46,960 | $58,850 | $73,190 | $85,020 | $101,500 | $22.58 | $28.30 | $35.19 | $40.87 | $48.80 |
| North Missouri nonmetropolitan area | $37,690 | $46,780 | $56,310 | $64,460 | $79,990 | $18.12 | $22.49 | $27.07 | $30.99 | $38.46 |
| Southeast Missouri nonmetropolitan area | $38,510 | $50,680 | $57,580 | $70,380 | $93,090 | $18.51 | $24.37 | $27.68 | $33.84 | $44.76 |
| Southwest Missouri nonmetropolitan area | $42,650 | $47,280 | $52,240 | $67,290 | $80,760 | $20.50 | $22.73 | $25.12 | $32.35 | $38.83 |
| Springfield, MO | $49,490 | $60,460 | $65,640 | $81,420 | $96,020 | $23.79 | $29.07 | $31.56 | $39.14 | $46.16 |

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**

EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES

(P): (314)-887-3012

(F): (314)-887-3013

(E): stlouislifecareplanner@gmail.com

**Local Wages for: 25-1081.00 - Education Teachers, Postsecondary**

Source: Bureau of Labor Statistics 2024 wage data - https://www.bls.gov/oes/

| Location | Annual Low (10%) | Annual QL (25%) | Annual Median (50%) | Annual QU (75%) | Annual High (90%) | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $38,650 | $50,630 | $72,090 | $96,260 | $126,450 | n/a | n/a | n/a | n/a | n/a |
| Missouri | $39,170 | $49,780 | $63,470 | $85,080 | $106,710 | n/a | n/a | n/a | n/a | n/a |
| St. Louis, MO-IL | $38,590 | $50,090 | $63,470 | $81,340 | $104,130 | n/a | n/a | n/a | n/a | n/a |
| Central Missouri nonmetropolitan area | $38,060 | $47,120 | $62,250 | $79,300 | $105,670 | n/a | n/a | n/a | n/a | n/a |
| Columbia, MO | $40,750 | $50,200 | $63,710 | $81,380 | $102,350 | n/a | n/a | n/a | n/a | n/a |
| Kansas City, MO-KS | $25,580 | $46,770 | $59,580 | $80,130 | $101,450 | n/a | n/a | n/a | n/a | n/a |
| North Missouri nonmetropolitan area | $44,500 | $49,960 | $84,540 | $102,870 | $169,660 | n/a | n/a | n/a | n/a | n/a |
| Springfield, MO | $40,710 | $49,040 | $61,840 | $93,540 | $128,280 | n/a | n/a | n/a | n/a | n/a |

**Local Wages for: 11-9032.00 - Education Administrators, Kindergarten through Secondary**

Source: Bureau of Labor Statistics 2024 wage data - https://www.bls.gov/oes/

| Location | Annual Low (10%) | Annual QL (25%) | Annual Median (50%) | Annual QU (75%) | Annual High (90%) | Hourly Low (10%) | Hourly QL (25%) | Hourly Median (50%) | Hourly QU (75%) | Hourly High (90%) |
|---|---|---|---|---|---|---|---|---|---|---|
| United States | $72,400 | $83,840 | $104,070 | $132,550 | $165,820 | n/a | n/a | n/a | n/a | n/a |
| Missouri | $65,000 | $78,400 | $98,600 | $118,160 | $131,170 | n/a | n/a | n/a | n/a | n/a |
| St. Louis, MO-IL | $74,470 | $83,130 | $104,260 | $125,360 | $140,660 | n/a | n/a | n/a | n/a | n/a |
| Cape Girardeau, MO-IL | $62,340 | $79,110 | $93,120 | $99,820 | $123,570 | n/a | n/a | n/a | n/a | n/a |
| Central Missouri nonmetropolitan area | $63,370 | $75,850 | $82,150 | $101,540 | $118,140 | n/a | n/a | n/a | n/a | n/a |
| Columbia, MO | $63,560 | $77,170 | $93,190 | $102,720 | $119,900 | n/a | n/a | n/a | n/a | n/a |
| Fayetteville-Springdale-Rogers, AR | $76,880 | $85,010 | $102,300 | $108,080 | $109,100 | n/a | n/a | n/a | n/a | n/a |
| Jefferson City, MO | $62,690 | $74,790 | $88,780 | $101,080 | $122,080 | n/a | n/a | n/a | n/a | n/a |
| Joplin, MO-KS | $64,680 | $79,080 | $92,040 | $110,250 | $143,310 | n/a | n/a | n/a | n/a | n/a |
| Kansas City, MO-KS | $68,230 | $82,130 | $101,430 | $123,330 | $133,100 | n/a | n/a | n/a | n/a | n/a |
| North Missouri nonmetropolitan area | $63,000 | $72,780 | $78,890 | $98,650 | $114,590 | n/a | n/a | n/a | n/a | n/a |
| Southeast Missouri nonmetropolitan area | $63,440 | $76,240 | $81,610 | $98,950 | $122,450 | n/a | n/a | n/a | n/a | n/a |
| Southwest Missouri nonmetropolitan area | $61,980 | $76,290 | $84,580 | $98,520 | $115,870 | n/a | n/a | n/a | n/a | n/a |
| Springfield, MO | $64,980 | $78,760 | $95,730 | $106,360 | $129,020 | n/a | n/a | n/a | n/a | n/a |
| St. Joseph, MO-KS | $65,830 | $77,780 | $94,570 | $102,060 | $122,040 | n/a | n/a | n/a | n/a | n/a |

13

Attachment 1

**REHAB PRO ASSESSMENT AND CONSULTATION**
EXPERT VOCATIONAL AND LIFE CARE PLANNING SERVICES
(P): (314)-887-3012
(F): (314)-887-3013
(E): stlouislifecareplanner@gmail.com

BLS data:

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, School and Career Counselors and Advisors, at https://www.bls.gov/ooh/community-and-social-service/school-and-career-counselors.htm (visited *March 10, 2026*).

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Instructional Coordinators, at https://www.bls.gov/ooh/education-training-and-library/instructional-coordinators.htm (visited *March 10, 2026*).

Bureau of Labor Statistics, U.S. Department of Labor, *Occupational Outlook Handbook*, Postsecondary Teachers, at https://www.bls.gov/ooh/education-training-and-library/postsecondary-teachers.htm (visited *March 10, 2026*).

https://labor.mo.gov/faqs/knowledge-base/do-i-need-search-work

Central Office salaries | Schools | Public Pay | stltoday.com
https://graphics.stltoday.com/apps/payrolls/salaries_2023/teachers/96091/1000/

www.bls.gov

https://www.bls.gov/oes/2023/may/oes211012.htm

https://www.bls.gov/oes/2023/may/oes251199.htm

14

Attachment 1

# Employment of secondary school teachers, except special and career/technical education by area, May 2023



Area: St. Louis, MO-IL
Employment: 10,030
Location quotient: 1.10
Employment per 1,000: 7.57
Annual mean wage: $68,830

**Employment**

| | |
|---|---|
| ▨ 60 - 490 | ▨ 500 - 870 |
| ▨ 880 - 1,760 | ▨ 1,770 - 64,410 |

Attachment 1

# Employment of postsecondary teachers, all other, by area, May 2023



Area: St. Louis, MO-IL
Employment: 300
Location quotient: 0.21
Employment per 1,000: 0.23
Annual mean wage: $108,770

**Employment**

☐ 30 - 70      ▨ 80 - 150
▧ 160 - 330    ■ 350 - 6,900

Blank areas indicate data not available.

# Employment of educational, guidance, and career counselors and advisors by area, May 2023



Area: St. Louis, MO-IL
Employment: 3,840
Location quotient: 1.34
Employment per 1,000: 2.90
Annual mean wage: $57,240

**Employment**

- ☐ 40 - 130
- ☐ 250 - 460
- ☐ 140 - 240
- ☐ 470 - 19,390

# Employment of education administrators, postsecondary, by area, May 2023



Area: St. Louis, MO-IL
Employment: 1,880
Location quotient: 1.29
Employment per 1,000: 1.42
Annual mean wage: $123,890

Employment

Attachment 1

https://www.bls.gov/oes/2023/may/oes259031.htm

# Employment of instructional coordinators, by area, May 2023



Area: St. Louis, MO-IL
Employment: 1,680
Location quotient: 0.93
Employment per 1,000: 1.26
Annual mean wage: $79,110

**Employment**

30 - 70          80 - 130