Attachment 2

# Julianne Frain, PhD, CRC, CLCP, ABVE/D

## SUBJECT EXPERT:

Disability, Labor Market Analysis, Vocational Assessment, & Life Care Planning

## EDUCATION:

**Doctor of Philosophy, Ph.D., Rehabilitation Counseling (2012)**

Florida Atlantic University, Boca Raton, FL

Research Dissertation: Family Resiliency, Family Needs, and Community Re-Integration in Persons with Brain Injury

**Master of Science, M.S., Rehabilitation Counseling (2008)**

University of North Florida, Jacksonville, FL

Major: Rehabilitation Counseling

**Bachelor of Arts, B.A., Sociology (2007)**

Flagler College, St. Augustine, FL

## LICENSURE AND CERTIFICATION:

Certified Rehabilitation Counselor (No. 00110655)

Certified Life Care Planner (No. 1660)

Certified Expert, American Board of Vocational Experts, Diplomate

Certified Provider, Department of Education, Div. of Vocational Rehabilitation

Attachment 2

## PROFESSIONAL EXPERIENCE:

**Owner & Expert Witness**

Rehab Pro. Assessment and Consultation Inc., Jacksonville, Florida and St. Louis, MO

May, 2010 – Current

Own and operate a disability consulting firm, specializing in vocational case management, vocational assessment, and life care planning. Provide reports on employability, long-term wage-earning capacity for unemployed persons and those with disabilities. Compile medical reports and data to determine appropriate long-term rehabilitation plans post-injury through life care planning. Provide comprehensive vocational assessments to determine employability and eligibility for disability, educational, and state services. Testify as to wage earning potential, labor market assessment, and long-term care needs when called upon in areas of Worker's Compensation, Personal Injury, Medical Malpractice, Discrimination, Wrongful Death, Whistleblowing, and Family Law.

**Program Director**

Stand Among Friends Inc., Boca Raton, FL

December 2009 -  October, 2016

Supervise vocational evaluation services for a non-profit organization that is contracted with the State of Florida's Department of Education. Manage direct evaluation services for clients throughout 22 counties in South Florida state-wide. Provide individual and organizational consultation combined with individual job placement, counseling, and vocational assessments. Hire and train evaluation staff throughout Florida.

**Executive Director**

The Disability Center at Florida Atlantic University, Boca Raton, FL

 June, 2013 – October, 2016

Direct and coordinate financial activities to fund operations for a Florida-based university's research center for excellence. Direct, plan and implement policies. Prepare budgets for approval, including those for funding or implementation of programs through private and government-based grant opportunities. Negotiate or approve contracts or agreements with federal and state agencies, and other organizational entities. This is a courtesy appointment within The College of Nursing.

**Vocational Specialist**

Momentum Health Care Inc., Jacksonville, FL

 June, 2008 – August 2012

Attachment 2

Evaluate and counsel workers' compensation claimants, manage return-to-work and wage earning plans, and conduct labor market analysis. Perform national labor market surveys. Prepare cases for expert witness testimony. Perform extensive labor market research and evaluation for each case. Research retroactive labor market information and compile reports based on prior and current data.

**Researcher Associate - Teaching**

Florida Atlantic University, Boca Raton, FL

August, 2009 – August, 2011

Assist in research efforts and teach graduate courses within the Counselor Education department for aspiring rehabilitation counseling professionals.

**Research Associate – Stroke Study**

Brooks Center for Rehabilitation Studies, Jacksonville, FL

March, 2008 - August, 2008

Provide psychometric testing for The University of Florida's occupational therapy department in recruiting and screening stroke patients for a cognitive study. Conduct lengthy neuropsychological testing and compiling data. Exhibit a complex understanding of IRB project standards and procedures.

### UNIVERISTY TEACHING EXPERIENCE:

**Adjunct Professor**

Maryville University, St. Louis, MO, 2022

Instruct graduate courses in a CORE accredited rehabilitation program. Course title:

- Fall, 2022 Medical Aspects of Disability

**Adjunct Professor**

Florida Atlantic University, Boca Raton, FL 2009 – 2016

Instruct graduate courses in a CORE accredited rehabilitation program, titled *Occupational Information and Job Placement*, *Case Management, and Career Development* for Rehabilitation Counselors training in a Masters of Education. Course specifics:

- Fall, 2009, Career Development (TA)
- Spring, 2010 Career Development (TA)
- Summer, 2010  Career Development (TA)
- Fall, 2010 Occupational Information and Job Placement (TA)
- Spring, 2011 Case Management (TA)

Attachment 2

- Fall, 2012 Occupational Information and Job Placement
- Spring, 2013 Case Management in Vocational Rehabilitation
- Summer, 2013 Career Development
- Fall, 2013 Occupational Information and Job Placement
- Spring, 2014 Case Management in Vocational Rehabilitation
- Summer, 2014 Career Development
- Fall, 2014 Occupational Information and Job Placement
- Spring, 2016 Case Management in Vocational Rehabilitation

**Adjunct Professor**

University of North Florida, Brooks College of Health, 2012

Mental Health Counseling Program – Jacksonville, FL

- Summer, 2012, Practicum for Mental Health Students

## UNIVERSITY AWARDS:

Elizabeth Edgar Hall Scholarship (University of North Florida), 2007

Presidential Fellowship Recipient (Florida Atlantic University), 2009-2011

Outstanding Scholar of the Year Award, College of Education, Dept. of Counselor Ed. (Florida Atlantic University), 2010-2011

## PUBLISHED RESEARCH:

Frain, J., Dillahunt-Aspilla, T., Frain, M., & Ehkle, S. (2014). Family resiliency, family

needs,  and community reintegration in persons with brain injury. *Rehabilitation Research, Policy, and Education, 28,* 1-20.

Dillahunt-Aspillaga, T., Frain, J., & Frain, M. (2014). Applying a family resiliency model

to community reintegration and needs in families with traumatic brain injury: Implications for Rehabilitation Counselors. *Journal of Applied Rehabilitation Counseling, 45,* 26-36.

Frain, M., Bishop, M., Frain, J., Rohack, D., & Sanchez, J. (2022) The Time is Ripe for

Entrepreneurship in Vocational Rehabilitation: A Four Pronged Approach. *Rehabilitation Counseling Bulletin.*

## BOOK CHAPTERS:

Frain, M., Tschopp, M., Bishop, M.. Frain J.,, Frain J. & Tansey, T. (2014). *The Role of*

Attachment 2

*Family in Progressive Illness.* In Millington, M. & Marini, I.  Families in Rehabilitation Counseling – A Community Based Approach (pp. 170-192). Springer Publishing, New York.

Strauser, D., Frain, J., Tansey, T., Frain, M. (2020). *Vocational Assessment in Rehabilitation and Mental Health Counseling*. In Assessment in Rehabilitation and Mental Health Counseling. Springer Publishing, New York.

## EDITING APPOINTMENTS:

Editorial Reviewer for Rehabilitation Counseling Bulletin (2022, 2023, 2024)

Editorial Reviewer for Work Rehabilitation Journal (2023)

## GRANT PARTICIPATION:

The Able Trust Signature Employment Grant, awarded to Stand Among Friends 2011-2014, $250,000.00

The Taft Foundation, Developmental Disability Service Grant, awarded to Stand Among Friends 2014, $50,000.00

The Taft Foundation, Developmental Disability Service Grant, supplemental funding grant, awarded to Stand Among Friends 2015, $60,000.00

The Batchelor Foundation, technology grant, $50,000.00

**Principal Investigator** for The Kessler Foundation, College to Career Grant, 2016, $407,000.00

## RESEARCH  PARTICIPATION:

Frain, M., Bishop, M., Tansey, T., Sanchez, J. & Wijnaagarde, F. (2013).  Training needs of Certified Rehabilitation Counselors to work effectively with veterans with disabilities. *Rehabilitation Education.*

Frain, M., Bishop, M., & Bethel M. (2010). A Roadmap for Rehabilitation to service military veterans with disabilities. *Journal of Rehabilitation*, 76 (1), 13-21.

Developer of the S.O.A.R. inclusive curriculum for summer camp inclusive to students on Autism Spectrum at Florida Atlantic University. Pilot Program Summer, 2015.

Attachment 2

## SELECT PRESENTATIONS:

**Presenter at Technical Assistance and Quality Employment National Symposium**

**May 23, 2024**

"Venues for the Practicing Forensic Rehabilitation Professional"

**Guest Lecture for University of Wisconsin, Rehabilitation Psychology Department**

**April 2, 2024**

"Life Care Planning in Personal Injury and Disability Claims"

**Guest Lecture for University of Wisconsin, Rehabilitation Psychology Department**

**April 6, 2023**

"Forensic Rehabilitation – Life Care Planning"

**Guest Lecture for University of Wisconsin, Rehabilitation Psychology Department**

**October 20, 2022**

"Venues for the Practicing Forensic Rehabilitation Professional"

**Speaker at St. Louis Inland River Seminar, St. Louis, MO**

**September 20, 2022**

"Panel of Personal Injury Damage Experts on Medical Issues, Life Care Plans, PTSD, and Future Employment"

**Guest Lecture for University of Wisconsin, Rehabilitation Psychology Department, Madison, WI**

**November 1, 2021**

"Introduction of Life Care Planning and Vocational Rehabilitation Expertise"

**Guest Lecture for Florida Atlantic University's Counselor Education Department, Boca Raton, FL**

**May 29, 2018**

"Aspects of Private Vocational Rehabilitation Consulting."

**Guest Lecture for Florida Atlantic University's Counselor Education Department, Boca Raton, FL**

**February 13, 2017**

"Venues for the Practicing Rehabilitation Counselor."

Attachment 2

**Narrowing the Gulf for Underrepresented Students in Postsecondary Education, St. Petersburg, Florida**

**April 9-10, 2015**

"Vocational Evaluation Practices for Students with Disabilities."

**American Board of Vocational Experts National Conference, San Antonio, Texas**

**March 22, 2015**

CEU presentation: "The Increasing Value of Standardized Testing in Reemployment Assessment."

**International Association of Rehabilitation Professionals, Charleston, South Carolina**

**November 8, 2013**

Ethics Presentation: "Introduction to Best Practices for Vocational Assessments in Worker's Compensation."

## PROFESSIONAL SERVICE:

**President,** International Association of Rehabilitation Professionals, South East Florida Chapter, 2014-May, 2016

**President Elect,** International Association of Rehabilitation Professionals, South East Florida Chapter, 2013-2014

**Diplomate**, American Board of Vocational Experts, 2014- current

**Chairperson,** George Snow Scholarship Foundation, Scholarship Committee, Boca Raton, Florida, 2014-2015