Attachment 3

### Testimony of Dr. Julianne Frain - Vocational and Life Care Planning Expert

| | Case Name | Type of Testimony | County/Year | Type of Case | Retaining Party |
|---|---|---|---|---|---|
| 1. | John Kubik vs. Hillsborough County Schools | Deposition | Hillsborough County, 2013 | WC | P |
| 2. | John Kubik vs. Hillsborough County Schools | Trial | Hillsborough County, 2013 | WC | P |
| 3. | Michael McShane vs. City of St. Petersburg | Trial | Pinellas County, 2013 | WC | P |
| 4. | Barbara Viscito vs. Charles Viscito | Trial | Miami/Dade County, 2014 | Family | F |
| 5. | Patrick Pyjek vs. Valleycrest Landscaping | Deposition | Lee County, 2014 | PI | P |
| 6. | Patrick Pyjek vs. Valleycrest Landscaping | Trial | Lee County, 2014 | PI | P |
| 7. | Cortez Goldson vs. BMLR Properties | Deposition | Duval County, 2014 | PI | P |
| 8. | John Houtrides vs. Victoria Houtrides | Trial Deposition | Martin County, 2014 | Family | F |
| 9. | Bali Ramnarace vs. US Foods | Deposition | Palm Beach County, 2014 | PI | P |
| 10. | Grace Ann Wright vs. Robert Wright | Trial | Orange County, 2015 | Family | F |
| 11. | Rachel and Ronell Smith, parents of Arden Smith vs. Florida Hospital, et al | Deposition | Orange County, 2015 | MM | P |
| 12. | Jorge Sanchez vs. Roger Khouri | Deposition | Miami/Dade County, 2015 | MM | P |
| 13. | Samuel Pollack vs. Harold Weber | Deposition | Palm Beach County, 2015 | PI | P |
| 14. | Martin Arellano vs. Home Depot | Deposition | Palm Beach County, 2015 | PI | P |
| 15. | Isaac Simmons vs. Rave Movie Theater | Deposition | Escambia County, 2015 | PI | P |
| 16. | Deborah Beylus vs. Neal Beylus | Trial | Palm Beach County, 2015 | Family | F |

Attachment 3

| 17. | Helen Axelson vs. Glenn Axelson | Deposition | Trial, 2015 | Family | F |
|---|---|---|---|---|---|
| 18. | Deborah Palo vs. Walgreens | Trial | Pinellas County, 2015 | WC | P |
| 19. | Alberto Silva vs. Mary Hatem | Trial | Miami Dade County, 2015 | Family | F |
| 20. | Martin Arellano vs. Valleycrest Landscape | Deposition | Palm Beach County, 2016 | PI | P |
| 21. | Terence Douglas vs. Beulah Douglas | Deposition | Palm Beach County, 2016 | Family | F |
| 22. | Michael Weinstein vs. St. Mary's Hospital | Deposition | Palm Beach County, 2016 | MM | P |
| 23. | Oliver Spann vs. Allied Universal Holding Coporation | Deposition | Volusia County, 2016 | WC | P |
| 24. | Daniel McBride vs. Denisse Isabel Peralta McBride | Trial | Miami Dade County, 2016 | Family | F |
| 25. | Terence Douglas vs. Beulah Douglas | Trial | Palm Beach County, 2016 | Family | F |
| 26. | Ismael Guit vs. Anthony Romano, et al | Deposition | Broward County, 2016 | PI | P |
| 27. | Darrell Graham vs. Broadway at the Beach et al. | Deposition | Horry County, 2016 | Wrongful Death | D |
| 28. | Minnie Ford vs. RJ Reynolds | Deposition | Palm Beach County, 2016 | Tobacco | P |
| 29. | Minnie Ford vs. RJ Reynolds | Trial | Palm Beach County, 2016 | Tobacco | P |
| 30. | Scott Gruber vs. Tracy Gruber | Trial | Nassau County, 2017 | Family | F |
| 31. | Rachel Pearl vs. Stephen Pearl | Trial | Palm Beach County, 2017 | Family | F |
| 32. | Khloe Summers vs. Heart of Florida | Deposition | Palm Beach County, 2017 | MM | P |
| 33. | Roeder vs. Roeder | Trial | Miami/Dade County, 2017 | Family | F |
| 34. | Bruce Halton vs. Halton | Trial | Broward County, 2017 | Family | F |
| 35. | Kevin McDonnell vs. Royal Caribbean | Deposition | Palm Beach County, 2017 | Maritime | P |
| 36. | Evan Johnson vs. Carnival Cruise Lines | Deposition | Palm Beach County, 2017 | Maritime | P |

| | | | | | |
|---|---|---|---|---|---|
| 37. | Michael Smith vs. USIC, et al | Deposition | US District Court of Maryland, 2017 | PI | P |
| 38. | Alba Cardona vs. Mason Dixon Truck Lines et al. | Trial | Miami Dade, 2017 | PI | D |
| 39. | Rosary Burbank vs. Wallace Car Dealership | Deposition | Martin County, 2017 | PI | P |
| 40. | Linda Markey vs. Ronald Krug | Deposition | Broward County, 2017 | PI | P |
| 41. | David Bassett vs. Francis Garafalo | Deposition | Collier County, 2017 | PI | P |
| 42. | Sherri Johnson vs. Publix | Deposition | St. John's County, 2018 | PI | D |
| 43. | Jennifer Blessing vs. Steven Dietz | Trial | Palm Beach County, 2018 | Family | F |
| 44. | Diane Kudick vs. Scott Kudick | Trial | Palm Beach County, 2018 | Family | F |
| 45. | Zully Hemeyer vs. City of Marathon, Florida | Deposition | Martin County, 2018 | Discrimination | P |
| 46. | Debra Cornell vs. LaBamba | Deposition | Palm Beach County, 2018 | PI | P |
| 47. | Andrea Lecounte Hamilton vs. University of Miami et. al. | Deposition | Miami Dade County, 2018 | MM | P |
| 48. | Sarah Goncalves Rodrigues vs. Leonardo Rodriguez et al. | Deposition | Duval County, April 2018 | MM | D |
| 49. | Denver Brown vs. Capital Regional Medical | Deposition | Leon County, 2018 | MM | P |
| 50. | Adam Pena vs Bass Pro Shop | Deposition | Palm Beach County, 2018 | PI | P |
| 51. | Timothy Gilbert vs. Shirley Gilbert | Deposition | Palm Beach County 2018 | Family | F |
| 52. | Harris, Lance vs.Julius Froelich Construction | Deposition | Polk County 2018 | PI | P |
| 53. | Troy Turkin vs Andrea Rose Ecchio-TurkinTurkin | Trial | Broward County 2018 | Family | F |
| 54 | Martin, Pedro vs. Sommerville, RichardAlan | Deposition | Collier County 2018 | PI | P |
| 55. | Stephen Ferraro vs. Home Depot | Deposition | St. Lucie County, 2018 | PI | P |
| 56. | Charles Wadson vs Brian O'Connell, estate of | Deposition | Palm Beach County, 2018 | PI | P |

| | | | | | |
|---|---|---|---|---|---|
| | Charles Berger | | | | |
| **57.** | Adams, Jillian vs. Richard D. Beckham and Hillbilly Rocks, Inc. | Deposition | Duval County, 2018 | PI | D |
| **58.** | Cohen, Martin vs. Moore, Mario M. | Trial | Broward County, 2019 | PI | P |
| **59.** | Johnson, Charles vs. Moran, Judy & Behning, Earl | Deposition | Collier County, 2019 | PI | P |
| **60.** | Michael Reilly vs. Davis, Fred, et al. | Video Deposition Testimony | Lee County, 2019 | PI | P |
| **61.** | Thomas, Natalie vs. Martinez-Perez, Jose | Trial | Orange County, 2019 | PI | P |
| **62.** | Michael Demakos vs. Kristal Demakos | Trial | St Lucie County-2019 | Family | F |
| **63.** | Michael Reiley vs. Fred Davis | Trial Deposition | Lee County, 2019 | PI | P |
| **64.** | Thomas Robilotta vs. Lisa Karkhoff | Trial | Palm Beach County, 2019 | Family | F |
| **65** | Distefano, Francis vs. Robles, Jerry | Deposition | Lee County, 2019 | PI | P |
| **66** | Carolyn Larke vs Northrop Grummon | Deposition | Broward County, 2019 | Maritime | P |
| **67.** | Jorge Sanchez, Jr. v. Roger Khouri, M.D., et al. | Trial | Miami Dade, 2019 | MM | P |
| **68.** | Zimbovskiy, Svetlana vs Publix Supermarkets | Deposition | Charlotte County, 2019 | PI | P |
| **69.** | Lisa Copeland vs. Marshman | Deposition | Palm Beach County, 2019 | PI | P |
| **70.** | Fileger, Gwendolynn H. vs. Utility Lines Construction Services, Inc. | Deposition | Hillsborough County, 2019 | PI | P |
| **71.** | Ana Miguel Rodas, as Guardian of Juan Cruz Miguel Carrillo vs. George & Company, LLC, Peter Smilanich, individually, Lee Memorial Health Systems | Deposition | Lee County, 2019 | PI | P |
| **72.** | Heller, Daniella vs. Toscano, James | Deposition | Palm Beach County, 2019 | PI | P |

Attachment 3

| 73. | Heller, Daniella vs. Toscano, James | Trial | Palm Beach County, 2019 | PI | P |
|---|---|---|---|---|---|
| 74. | Eduardo Puyol vs. Chrissy Puyol | Video Trial Deposition | Palm Beach County, 2019 | Family | F |
| 75. | Fileger, Gwendolynn H. vs. Utility Lines Construction Services, Inc. | Video Trial Deposition | Hillsboorough County, 2019 | PI | P |
| 76. | Senior, Carolina vs. Biltmore Hotel | Deposition | Miami Dade County, 2019 | PI | P |
| 77. | Vieira, Manuel v. Dennis Payne & Seal Tight Roofing Experts, Inc. | Trial Deposition | Brevard County, 2019 | PI | P |
| 78. | Vieira, Manuel v. Dennis Payne & Seal Tight Roofing Experts, Inc. | Deposition | Brevard County, 2019 | PI | P |
| 79. | Jones, Paul vs Walgreens | Deposition | Lee County, 2019 | PI | P |
| 80. | Michael Demakos vs. Kristal Demakos | Trial | St. Lucie County, 2019 | Family | F |
| 81. | Bug v Bug | Trial | Broward County 2019 | Family | F |
| 82. | Linda Gannon vs, Karen C Baker Jurs & Allstate Fire and Casualty Insurance Company | Deposition | Lee County, 2020 | PI | P |
| 83. | Karen Ann Jones vs. Harbor Nissan | Deposition | Charlotte County, 2020 | PI | P |
| 84. | Karen Ann Jones vs. Harbor Nissan | Trial | Charlotte County, 2020 | PI | P |
| 85. | Rivera, Nadia  v Off Lease | Deposition | Palm Beach County, 2020 | PI | P |
| 86. | Lester Rodriguez v. Marcos Jimenez & DM International & Investment Commerce 59-1204-9Q0 | Deposition | Osceola County, 2020 | PI | P |
| 87. | Mottie, Morri R. vs Jacques Jones & PV Holdings | Deposition | Orange County, 2020 | PI | P |
| 88. | Dixon, Regina B. vs. Ramp Industries. | Deposition | Osceola County, 2020 | PI | P |
| 89. | Ashley Rierson, vs. David Deveau, Latrice Pla | Deposition | Monroe County, 2020 | PI | P |

Attachment 3

|  | | | | | |
|---|---|---|---|---|---|
|  | and and Abraham Bker and Donald Lassman, as Trustee for David Deveau | | | | |
| 90. | Jaime Corzo vs. Vincent R. Malvezzi and Auto Glass Warehouse, Inc. | Deposition | Lee County, 2020 | PI | P |
| 91. | Deborah Beylus vs Neal Beylus | Virtual Trial | Palm Beach County, 2020 | Family | F |
| 92. | Biastre, Lauren vs. Progressive Select Insurance Company | Virtual Deposition | Duval County, 2020 | PI | D |
| 93. | Nermy Del Rio vs. Russell Engineering, Inc. | Virtual Deposition | Miami Dade County 2020 | PI | P |
| 94. | Arroyo, Gabriel vs. Hadley, Ted and Hadley, Kelly: | Virtual Deposition | Orange County, 2020 | PI | P |
| 95. | Tatum v Tatum | Virtual Deposition | Palm Beach County, 2020 | Family | F |
| 96. | BRIELLE BLACK Plaintiff, v, OMEGAPSI PHI FRATERNITY, INC. a foreign Corporation OMEGA PSI PHI FRATERNITY, ETA NU CHAPTER, INC.; SADIDDY ENTERTAINMENT, LLC., a Florida Limited Liability Company; JAMAL HAMILTON, an individual; PIERREBOISROND, An individual; WAYNE BARTON, an individual WAYNE BARTON STUDY CENTER, INC., d/b/a BARTON'S BOOSTER'S a Florida Corporation PRIME GROUP SERVICES, INC., f/k/a COPPERTOP SECURITY | Deposition | Palm Beach County, 2020 | PI | P |

Attachment 3

| | SERVICES INC., And JOHN DOES, (1) through (5) individuals. Defendants. | | | | |
|---|---|---|---|---|---|
| 97. | Alonso vs. Lehnerer | Deposition | Lee County, 2020 | PI | P |
| 98. | McDermott, Erezita vs. McCabes Fleet Maintenance & Kotzin, George | Deposition | Lee County, 2020 | PI | P |
| 99. | Tristano v. Saltzman | Trial | Palm Beach County, 2020 | Family | F |
| 100. | Sluder, Sandra v. Loretha Smith & Health First, Inc. | Deposition | Brevard County, 2020 | PI | P |
| 101. | Dunham, Jacqueline vs. The United States of America | Deposition | Orange County 2020 | PI | P |
| 102. | Muscarnera, Michelle vs State Farm Mutual Automobile | Deposition | Orange County, 2020 | PI | P |
| 103. | Parsotan, Risma vs. Walmart | Deposition | Osceola County, 2020 | PI | P |
| 104. | Magana, Juan vs. Green, Darlene | Deposition | Orange County, 2020 | PI | P |
| 105. | Scopino, Daryl & Peggy vs. Joseph, Duane | Deposition | Collier County, 2021 | PI | P |
| 106. | Lawrence Bleers vs. Walmart | Deposition | Lee County, 2021 | PI | P |
| 107. | Herrera v. 7R Charter Limited | Deposition | Broward County, 2021 | PI | P |
| 108. | Gadson, Anthony vs. Motel 6 | Deposition | Brevard County, 2021 | PI | P |
| 109. | Hanson-Grue, C. v. Piao, L. and Progressive American Insurance Company | Deposition | St. Johns County, 2021 | PI | P |
| 110. | Osorio, Carlos v. Averitt Express, Inc. | Deposition | Miami County, 2021 | WC | P |
| 111. | Martinez vs Martinez | Trial | Broward County, 2021 | Family | F |
| 112. | Wiggins, Evonne vs. Bajco Florida, LLC d/b/a Papa John's Pizza | Deposition | Duval County, 2021 | PI | D |
| 113. | Joshua Cecilia v. Precious Rosemarie Green | Deposition | Palm Beach County, 2021 | PI | P |

Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| 114. | Dale Hunt vs Chick fil a | Deposition | Collier County, 2021 | PI | P |
| 115. | Mary Driggers vs Ft Myers Cemetery and P&T Lawn | Deposition | Lee County, 2021 | PI | P |
| 116. | Dabkowski, Barbara Marie vs. Hershey Creamery Company | Deposition | Lake County, 2021 | PI | P |
| 117. | Gustavo Mendez vs. Sherri Howell | Deposition | Lee County, 2021 | PI | P |
| 118. | Hill, Heather vs. Publix Super Markets, Inc. | Trial | Alachua County, 2021 | PI | D |
| 119. | Richard Dexter vs. USA | Deposition | Orange County, 2021 | PI | P |
| 120. | Mai Lis Bahr vs. NCL | Deposition | Miami County, 2021 | Maritime | P |
| 121. | Mendez, Gustavo vs. Howell, Sherrie L. | Trial Deposition | Lee County, 2021 | PI | P |
| 122. | Quinones, David vs. Francesco Grilla and Enterpise Leasing Company | Deposition | Osceola County, 2021 | PI | P |
| 123. | Lendo vs. Lendo | Trial | Citrus County, 2021 | Family | F |
| 124. | KATY JEANETTE TEJADA ARIAS and FLORENCIO OMAR HERRERA, individually and as natural guardians of a minor child, J.D. HERRERA, V. KING'S PLUMBING SERVICE, INC., PINNACLE MANAGEMENT SYSTEMS, LLC. d/b/a RYTECH OF THE TRI-COUNTY, and RYTECH, Inc., | Deposition | Broward County, 2021 | PI | P |
| 125. | Leiti, Courtney vs. Fantasy World, et al | Deposition | Collier County, 2021 | PI | P |

Attachment 3

| 126. | Tami D. Mamo v. Jason and James Lovelady | Deposition | Broward County, 2021 | PI | P |
|---|---|---|---|---|---|
| 127. | Erica Brown vs. Walmart | Deposition | Miami Dade, 2021 | PI | P |
| 128. | Phillip Quick v. LOMBARDO MCLEOD and MCLEOD'S CONSTRUCTION, PAINT & RESTORATION, LLC f/k/a MCLEOD CONSTRUCTIONAND REMODELING, LLC., | Deposition | Lee County, 2021 | PI | P |
| 129. | Zhuang v. Uribe, M.D., et al | Deposition | DuPage County, 2021 | PI | P |
| 130. | Norma Simmons vs. Dixie Pools and Spas | Deposition | Orange County, 2021 | PI | P |
| 131. | Aguilar and Membreno vs. E & E Transit | Deposition | Duval County, 2021 | PI | D |
| 132. | Carol Bishop vs. Cat Holdings | Deposition | Duval County, 2021 | PI | D |
| 133. | Diane Durbon vs. Home Depot | Deposition | Lee County, 2021 | PI | P |
| 134. | Brian Billingsley vs. Wesley Barber | Deposition | Lake County, 2021 | PI | P |
| 135. | Alvin Hall vs. Robert J. Waters | Deposition | Alachua County, 2021 | PI | D |
| 136. | Erica Brown vs. Walmart | Video Trial Deposition | Miami Diade County, 2021 | PI | P |
| 137. | Denise Rees vs. Mel's Diner | Trial | Lee County, 2021 | PI | P |
| 138. | Patricia Vela Garcia vs. Walden Landing | Deposition | Hillsborough County, 2021 | PI | P |
| 139. | Antonio Stringfellow vs. Alberici Construction | Depostion | St. Louis County, 2021 | PI | D |
| 140. | Tammy Gonzalez vs. Kipp Cooper | Deposition | Brevard County, 2021 | PI | P |
| 141. | Jose Aguilar vs. Edward Silver and E&E Transportation | Trial | Duval County, 2021 | PI | D |
| 142. | Alvin Hall vs. Robert Waters | Trial | Alachua County, 2021 | PI | D |
| 143. | Gina Le and Gina Deligato (minor) vs. | Deposition | Brevard County, 2021 | PI | P |

Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| | Brandon Kelly and Progressive | | | | |
| 144. | Nicholas Walker vs. Deborah Jordan and Estate of Austin Keith | Deposition | Duval County, 2021 | PI | D |
| 145. | Patricia Vela Garcia vs. VPEG Walden Landing | Trial | Hillsborough County, 2021 | PI | P |
| 146. | Derek Bell vs. Bob Orsek | Deposition | Brevard County, 2021 | PI | P |
| 147. | Yalamas vs. Yalamas | Trial | Orange County, 2021 | Family | F |
| 148. | Alberta Essa vs. Missy Mossy | Deposition | Alachua County, 2021 | PI | D |
| 149. | Jesus Medrano vs. JFK Medical Center | Deposition | Palm Beach County, 2021 | MM | P |
| 150. | Michael Cruz vs. Mark Robert Walton | Deposition | Orange County, 2021 | PI | P |
| 151. | Christian Figueroa vs. Gregory Darnell and Allstate | Deposition | Volusia County, 2021 | PI | P |
| 152. | Charles Taylor vs. Knights Inn | Deposition | Orange County, 2021 | PI | P |
| 153. | Morri Mottie vs. Assis A. Piccoli | Deposition | Orange County, 2022 | PI | P |
| 154. | Tracey Lohse and Richard Lohse, vs Publix Super Markets, Inc. | Deposition | Broward County, 2022 | PI | D |
| 155. | Pitti, Maria v. Mitchell, Dorothy Orieta | Deposition | St. Johns County, 2022 | PI | P |
| 156. | Rhonda Schultz vs. Edward Silver and E & E Transportation | Deposition | Duval County, 2022 | PI | D |
| 157. | Leah Sewell vs. Tobert Timms | Deposition | Indian River County, 2022 | PI | P |
| 158. | Christian Figueroa vs. Gregory Darnell and Allstate | Deposition | Volusia County, 2022 | PI | P |
| 159. | Sunny Blanco vs. G6 Hospitality | Deposition | Orange County, 2022 | PI | P |
| 160. | Derek Bell vs. Bob Orsek | Trial | Indian River County, 2022 | PI | P |
| 161. | Carden vs. Carden | Deposition | Palm Beach County 2022 | Family | F |

Attachment 3

| 162. | Carden vs. Carden | Trial | Palm Beach County 2022 | Family | F |
|---|---|---|---|---|---|
| 163. | Kaley Dobson vs. David Lockhart | Deposition | Orange County 2022 | PI | P |
| 164. | Rafael Segarra vs. Uhler | Deposition | Charlottee County 2022 | PI | P |
| 165. | Grozdeva vs. Grozdev | Trial | Broward County, 2022 | Family | F |
| 166. | Castellanos vs. Castellanos | Trial | Brevard County, 2022 | Family | F |
| 167. | Kelly McCormack vs. USAA Casualty Insurace | Deposition | Duval County, 2022 | PI | P |
| 168. | Maria Vazquez vs. La Mia Foods Corp. | Deposition | Miami Dade County, 2022 | PI | P |
| 169. | Maria Vazquez vs. La Mia Foods Corp. | Trial | Miami Dade County, 2022 | PI | P |
| 170. | Reid vs. Reid | Trial | Pasco County, 2022 | Family | F |
| 171. | Jordan Suarez vs. Timberline Homeowner's Association | Deposition | Palm Beach County, 2022 | PI | P |
| 172. | Hope Davis vs. Randy Mumm et al | Deposition | Miami Dade County, 2022 | PI | P |
| 173. | Hernandez vs. Otero | Trial | Palm Beach County, 2022 | F | F |
| 174. | Ami Frappier vs. Erich Reuter and State Farm | Deposition | Palm Beach County, 2022 | PI | P |
| 175. | Michael McCalla | Deposition | Broward County, 2022 | PI | P |
| 176. | Distasio vs. Distasio | Trial | Brevard County, 2022 | Family | F |
| 177. | Nadine Rusli vs. Mad Toyz | Deposition | Hillsborough County, 2022 | PI | D |
| 178. | Clay Kelly vs. St. Mary's | Deposition | Palm Beach County, 2022 | PI | P |
| 179. | Marshall Chmura and Elaina Chmura vs. Sara Kathleen | Deposition | Duval County, 2022 | PI | P |
| 180. | James McLelland vs. Rayonier Performance Fibers, LLC | Deposition | Duval County, 2022 | PI | D |
| 181. | Doriselle Rivera vs. State Farm | Deposition | Orange County, 2022 | PI | P |

Attachment 3

| 182. | Ashley Rierson vs. Deveau | Trial | Monroe County, 2022 | PI | P |
|---|---|---|---|---|---|
| 183. | William "Greg" Hupp | Deposition | St. Louis, MO, 2022 | PI | D |
| 184. | Nicole Hunsinger vs. Maxime Crane Works | Deposition | Orange County, 2022 | PI | D |
| 185. | Jessica McNeil vs. Misty Oaks Apartments | Deposition | Orange County, 2022 | PI | D |
| 186. | Kathy Swafford vs. Morgan and Wayne Gude | Deposition | Alachua County, 2022 | PI | D |
| 187. | Claire Machen vs. Ring Power Corporation | Deposition | Duval County, 2022 | PI | P |
| 188. | Cathy Perez vs. Disney | Deposition | Orange County, 2022 | PI | P |
| 189. | Lisa Welsh vs. City Furniture | Deposition | Miami Dade County, 2022 | PI | P |
| 190. | Scott Mascio vs. XPO Logistics | Deposition | Palm Beach County, 2022 | PI | P |
| 191. | Daniel Crowder vs. Ingrham Barge Co. | Trial | St. Louis, MO 2022 | Maritime | D |
| 192. | Dominga Madriz | Deposition | Alachua County, 2022 | PI | P |
| 193. | Sonya Ross vs. Flurida | Deposition | Duval County, 2022 | PI | D |
| 194. | Jonathon Wellman vs. Thomas Craig Anderson | Deposition | Duval County, 2022 | PI | D |
| 195. | Sean Gabriel vs. R. Scofield et all | Videotaped trial deposition | Brevard County, 2022 | PI | P |
| 196. | Larry Hartsfield vs. Central Florida Regional Hospital | Deposition | Orange County, 2022 | MM | D |
| 197. | Kelly Porche vs. Progressive American Insurance Co. | Video taped trial deposition | Collier/Lee County, 2022 | PI | P |
| 198. | Grisela Rivera vs. Jackson Louima | Deposition | Orange County, 2022 | PI | D |
| 199. | Billie Joe Carney vs. M and W Concrete | Deposition | Orange County, 2023 | PI | P |
| 200. | Maria Peralta vs. Avon Park Royal Holdings | Trial | Miami Dade County, 2023 | WC | P |
| 201. | Guillio Cinea vs. Lee-Ball | Deposition | Portage County, OH, 2023 | PI | P |
| 202. | Danielle Parker vs. Robert Allen Matthews | Deposition | Alachua County, 2023 | PI | P |

Attachment 3

| 203. | Willie Simmons vs. Sanfeliz | Deposition | Palm Beach County, 2023 | PI | P |
|------|------|------|------|------|------|
| 204. | Cory Sturdivant vs. Kristi Ferri | Deposition | Duval, 2023 | PI | P |
| 205. | Mai Lis Bahr vs. NCL | Trial | Miami Dade County, 2023 | Maritime | P |
| 206. | Tamara Barber vs. Adam Dugan | Deposition | Duval County, 2023 | PI | P |
| 207. | Michael McCalla vs.Walmart | Trial | Broward County, 2023 | PI/Discrimination | P |
| 208. | Danielle Parker vs. Robert Allen Matthews | Trial | Alachua County, 2023 | PI | P |
| 209. | Michael Howard vs. Farah and Farah | Deposition | Gwinnett County, GA 2023 | Legal Mal | P |
| 210. | Adriana Castellon vs. Progressive | Trial | Miami Dade County, 2023 | PI | P |
| 211. | Daisy Morales vs. Edrid F. Turbi, et al | Deposition | Orange County, 2023 | PI | P |
| 212. | Marie Botex vs. Anthony Molina and GVI Sod Inc. | Deposition | Palm Beach County, 2023 | PI | P |
| 213. | Marzena Orkisz vs. Walter Orkisz | Deposition | Pasco County, 2023 | Family | F |
| 214. | Roxanne Ornelas vs. Bryce Fawcett | Deposition | Alachua County, 2023 | PI | P |
| 215. | Keith Ross vs. Publix | Deposition (later used as trial depo) | St. John's County, FL | PI | D |
| 216. | Maritza Amador et al. vs. Yunieskis Gonzalez Borrot | Deposition | Miami Dade County, FL | PI | P |
| 217. | Gemma Paybarah vs. Mariner Inetnernation | Deposition | Pinellas County, FL 2023 | Wrongful Death | P |
| 218. | Wasserman vs. Daniel Pearsell | Deposition | Palm Beach County, 2023 | PI | D |
| 219. | Shelby Beard vs. Willis and Perpente | Deposition | Marion County, 2023 | PI | P |
| 220. | Michael Carroll vs. McNeil Industries | Deposition | Miami Dade County, 2023 | PI | P |
| 221. | Debra Richards vs. Assett Provisions | Deposition | Putnam County, 2023 | PI | P |
| 222. | Jonathan Durham vs. Assett Provisions | Deposition | Putnam County, 2023 | PI | P |
| 223. | Jamie Santaclara vs. Brittingham | Deposition | Escambia County, 2023 | PI | P |

| | | | | | |
|---|---|---|---|---|---|
| | and4Associates Strutural Engineers, Et. All | | | | |
| 224. | Marzena Orkisz vs. Walter Orkisz | Trial | Pasco County, 2023 | Family | F |
| 225. | George Solomon vs. CPG Enterprises | Deposition | Orange County, 2023 | PI | P |
| 226. | Todd Johnson vs. Mandel | Video Trial Deposition | Palm Beach County, 2023 | PI | P |
| 227. | Michael Miller vs. K & N Logging  Angel Rodriguez-Santiago vs. K & N Logging | Companion Case Deposition | Nassau County, FL 2023 | PI | D |
| 228. | Laura Hardeman va. Universal Studios | Deposition | Orange County, FL 2023 | PI | D |
| 229. | Asbel Llrena vs. Adrian Rodriguez | Deposition | Osceola County, FL 2023 | PI | P |
| 230. | Daniel Mowery vs. LQ Management LLC | Deposition | Broward County, FL 2023 | PI | P |
| 231. | Christopher Denczek vs. Earl Porter Boone and Estes Express Lines | Deposition | Orange County, 2023 | PI | D |
| 232. | Pamela Emerson vs. Dollar General | Deposition | Jackson County, 2023 | PI | D |
| 233. | Craig Raymo vs. Steve Zoldi | Deposition | Osceola County, 2023 | PI | P |
| 234. | Thomas Caradonna vs. Karen Sansone | Trial | St. Louis, MO, 2023 | Family | F |
| 235. | Sarah Ann Stratemeyer vs. Northstar Construction Management Company Inc. | Deposition | Palm Beach County, 2023 | PI | P |
| 236. | Paul Edward Stevens vs. Logan Fryer and Howard Fryer | Deposition | Clay County, 2023 | PI | D |
| 237. | Pamela Burt vs Carnival Cruise | Deposition | Miami Dade County, 2023 | Maritime | P |
| 238. | Ladele Rich vs. Tuck and Trailer | Deposition | Duval County, 2023 | PI | D |
| 239. | Mark Blanchard vs. Sophia Blanchard | Trial | Broward County, 2023 | Family | F |
| 240. | Sean Redmond vs. Palm Springs Grill LLC | Trial | Palm Beach County, 2024 | PI | P |

Attachment 3

| 241. | Arlesa Lebron vs. Richard Nickerl | Deposition | Orange County, 2024 | PI | P |
|---|---|---|---|---|---|
| 242. | William Howell vs. Winn Dixie | Deposition | Duval County, 2024 | PI | D |
| 243. | Justin Hartwell vs. Misty Blue Acres | Deposition | Orange County, 2024 | PI | P |
| 244. | Jennifer Myrie vs. Country Village Condominium and J & L Property Management | Trial Deposition | Broward County, 2024 | PI | P |
| 245. | Jennifer Myrie vs. Country Village Condominium and J&L Property Management | Trial Deposition | Broward County 2024 | PI | P |
| 246. | Nermy Del Rio vs. Russell Engineering | Trial Deposition | Miami Dade County 2024 | PI | P |
| 247. | Kalpit Nandu vs. DMA Distribution LLC and Luis Charles | Deposition | Marion County 2024 | PI | P |
| 248. | Chantal Seeley and Micheal Seeley | Deposition | Palm Beach Coun.ty 2024 | PI | P |
| 249. | Eric Pelmoeller; Denise Futch, Marcella Diaz, Tal Beth Cohen, Robert Weaver, Kristina Stoddard Plaintiffs vs. Miami Air International, Inc., Defendant. | Deposition | United States District Court Middle District of Florida Jacksonville Division 2024 | Class Action | P |
| 250. | Latresha Garner, as mother and next friend of Jordan Webster, Minor vs. Teninga-Bergstrom Realty Company | Deposition | Cook County, IL 2024 | PI | P |

Attachment 3

| 251. | Ivy Wilcox vs Lisa Anne Stokes, and individual and James Andrew Dufek, and individual | Deposition | Alachua County 2024 | PI | P |
|---|---|---|---|---|---|
| 252. | Cruz, Gustavo vs. CDK Global, LLC | Deposition | Miami Dade County 2024 | WC | P |
| 253. | John Leone vs Darius King and Exclusive Global Logistics, Inc. | Deposition | Duval County 2024 | PI | D |
| 254. | Lebel, Kaitlyn Christine v. Craft Window Installs, Inc. and Craft, Mark Owen | Deposition | St. Johns County 2024 | PI | D |

| 255. | Gary Osteen, Plaintiff vs Jimmy David Larue, Individually, and Big Cat Excavation, LLC, a Florida Limited Liability Company, Defendants | Deposition | Duval County 2024 | PI | P |
|---|---|---|---|---|---|
| 256. | Brittany Otero, Plaintiff v Sun Bay Apartments, LLC, a Florida limited liability company, Defendant | Deposition | Alachua County 2024 | PI | P |
| 257. | Karen and Robert Payne v. Katsuko Looney | Deposition | Hillsborough County 2024 | PI | D |
| 258. | Guilia Llauro, a minor, by and through her parents and natural guardians, Yvonne Llauro, and Armondo Llauro, and Yvonne Llauro, and Armondo Llauro,individually Plaintiffs Vs Baptist Hospital of Miami, Inc., a Florida not for profit corporation, Jose Bestard, MD, individually Miami Obstetrics & Gynecology Center, LLC, a Florida Limited Liability Company | Deposition | Miami Dade County 2024 | Medical Malpractice | D |

| 259. | William Collings vs. Anna Collings | Trial | Brevard County 2024 | Family | F |
|---|---|---|---|---|---|
| 260. | Aixa Arias v. Big Lots, Inc. John Doe, as manager of Big Lots Stores, Inc., MJ Holding Company, LLC and MB Wolverine Holding Company, LLC | Deposition | Miami County 2024 | PI | P |
| 261. | Thomas Tortorella and Denise Matter, Husband and Wife, Plaintiffs Vs. Jordan Sprinkler Systems, Inc., and Heavy Equipment Services of Vero, Inc., Defendant | Deposition | Indian River County 2024 | PI | P |
| 262. | Shawana Williams, plaintiff vs. Gregory Live Oak Holding, LLC, a Florida limited liability company, Defendant | Deposition | Suwanee County 2024 | PI | P |

Attachment 3

| 263. | Robert S. Kaufman, plaintiff v. Arnold M. Reyes, Michael M.J. Romack, and Michael A. Romack Contracting, Inc. | Deposition | Indian River County 2024 | PI | P |
|------|---------------------------------------------------------------------------------------------------------------|------------|--------------------------|-----|---|
| 264. | Michael A. Sonosky, Petitioner/Former Husband v. Kathleen M. Sonosky, Respondent/Former Wife | Trial | Pasco County, FL 2024 | Family | F |
| 265. | Steven Rizzolo, and Hollis Rizzolo, his wife Plaintiffs, vs. Marco Atkins, Oakley Transport, Inc., a Florida Corporation, and Oakley Transportation Group, Inc., a Florida Corporation Defendants | Deposition | Duval County 2024 | PI | D |
| 266. | Richard Dunn, Plaintiff vs. Joseph Hersch Ehrlich and Door Dash, Inc. Defendants | Deposition | Duval County 2024 | PI | D |

| 267. | Javonda Chaven, Petitioner and Nicholas Ellis, Respondent | Trial | Duval County 2024 | Family | F |
|------|-----------|-------|-------|--------|---|
| 268. | Carla Payton, and individual, plaintiff vs. Ross Coley, an individual, Bulk Transport Company East, Inc. d/b/a Coastal Transport, a foreign profit corporation, and Imperium Insurance Company, a foreign profit company, defendants | Deposition | Duval County 2024 | PI | P |
| 269. | Sarah Yarbrough and Rady Yarbrough, individually and as Husband and Wife, Plaintiffs v. Pilot Travel Centers, LLC, and Jason Mathews | Deposition | Duval County, 2025 | PI | P |
| 270. | Florice Desouvre, as Durable Power of Attorney of Kivikitaha Desouvre, plaintiff Vs Vico Mark Viggiano, DO; Tahir Mushtaq Alkhairy, M.D.; Hamid Reza Feiz, M.D.; ONRAD, Inc., a foreign corporation f/k/a Online Radiology Medical Group, Inc., Wellington Regional Medical Center, LLC, a Florida Corporation d/b/a Welolington Regional Medical Center; Peter s. Zulstra, D.o., and | Deposition | Palm Beach County, 2024 | Medical Malpractice | P |

| | | | | | |
|---|---|---|---|---|---|
| | Accountable Teaching Services, LLC, a florida Limited Liability Company | | | | |
| **271.** | J.O.C., a minor, by and through Latia Daley, his mother and natural guardian and Latia Daley, individually and as parent of J.O.C., Plaintiff<br>Vs<br>South Broward Hospital District d/b/a Memorial Healthcare System, a/k/a and Venetian Isle Medical OB/GEN Consultants, Inc., a Florida for profit corporation, Defendants | Deposition | Broward County 2024 | Medical Malpractice | D |
| **272.** | Vivian Revilla Rodriguez, Plaintiff v.<br>Felix Pita Vergara d/b/a Pita American Company and Denise Alvarez Defendants | Deposition | Miami Dade County 2024 | PI | P |
| **273.** | Homesh Singh, Plaintiff/Petitioner v. Florida Hindu Parishad, Inc., Defendant/Respondent | Deposition | Broward County 2024 | PI | D |

Attachment 3

| 274. | Abdala v Ahmed Amara | Trial | Duval County 2025 | Family | F |
|---|---|---|---|---|---|
| 275. | William Adams, Individually and as Personal Representative of the Estate of Cathy Adams, Deceased, Jacob Adams and Holly Adams, Plaintiffs vs Kim Michelle Johnson | Deposition | Duval County, 2025 | PI | D |
| 276. | Tamara Barber v Adam J. Dugan, as Personal Representative of the Estate of Andrew Roberts | Trial | Duval County, 2025 | PI | P |
| 277. | Christopher Johnson, as Personal Representative of the Estate of Cassidy Newlin, and on behalf of the Survivors of the Estate of Cassidy Newlin, Claimant V Osceola Regional Hospital D/B/A HCA Florida Osceola Hospital | Deposition | Oceola County, 2025 | Medical Malpractice | D |

Attachment 3

| 278. | Katie Mullineaux, Plaintiff V 6515 IDrive Resort, LLC, Defendant | Deposition | Orange County, 2025 | PI | D |
|---|---|---|---|---|---|
| 279. | Alyson West, Plaintiff Vs Pershing 8X 2019, LLC, a Florida Limited Liability Company, Ferretti Group of America, LLC , a Florida Limited Liability Corporation, and Allied Marine, Inc., a Florida Corporation, Defendants | Deposition | Broward County, 2025 | Maritime | D |
| 280. | Kymber Myers, Plaintiff V Dirt Dobbers, LLC and Justin Smith Defendants | Deposition | Duval County 2025 | PI | D |
| 281. | Laura Holt V State Farm | Deposition | St. Louis County 2025 | PI | P |

Attachment 3

| 282. | Mayanda Vendryes o/b/o The Estate of Dennis Ali Walker Vs Bel Cypress Creek, LLC, d/b/a Avana Cypress Creek Apartments; Greystar Management Services, I.P; Grep Southeast, LLC | Deposition | Broward County 2025 | Wrongful Death | P |
|---|---|---|---|---|---|
| 283. | Joshua A. Jarmillo, Plaintiff v. Andrew W. Martone, and individual, and Karnak Corporation, a Florida for profit corporation | Deposition | Alachua County 2025 | PI | P |
| 284. | Kayla B. Goldstein, Plaintiff v. Elevated Venture Holdings (Plantation) LLC d/b/a/ Urban Air Plantation | Deposition | Broward County, 2025 | PI | P |
| 285. | Deborah Schott, Plaintiff V John Moritz | Deposition | Sumter County, 2025 | PI | P |

| 286. | Sarah Suarez & Nestor Suarez v. Publix Super Markets, Inc. & Regency Centers, LP | Deposition | Miami Dade County, 2025 | PI | P |
|---|---|---|---|---|---|
| 287. | Kim Barton, Plaintiff Vs. Gateway Christian Center, a Florida not for profit corporation d/b/a Gateway Christian Center Vs H.J. Interiors, Inc. d/b/a Carpet One Floor and Home | Deposition | Alachua County, 2025 | PI | P |
| 288. | Katherine Trofibio, Petitioner/Former Wife Vs Lorenzo Navarro Respondent/ Former Husband | Hearing | Broward County, 2025 | Family | F |
| 289. | Spencer v Spencer | Hearing | Palm Beach County, 2025 | Family | F |

Attachment 3

| 290. | Nikolaos Efthymiadis, Plaintiff vs. Liberty Insurance Corporation, Defendant | Deposition | Hillsborough County, 2025 | PI | D |
|---|---|---|---|---|---|
| 291. | Faith Bowling-Perry, Plaintiff Vs Zael Martinez and Fiberglass Coatings, Inc. a Florida profit corporation | Deposition | Orange County, FL 2025 | PI | P |
| 292. | Dr. George Yiachos, plaintiff V HHS Environmental Services, LLC, a foreign limited liability company | Deposition | Collier County, FL 2025 | PI | D |
| 293. | Konowitz v Konowitz | Trial | Brevard County, FL 2025 | Family | F |

| 294. | Kaejay Tuan Dam, Plaintiff V Government Employee Insurance Company, a Foreign Profit Corporation, and Cassandra Heather Lawler, Defendant | Deposition | Marion County, FL 2025 | PI | P |
|---|---|---|---|---|---|
| 295. | David Boddy, Plaintiff Vs. Costco Wholesale Corporation, Defense | Deposition Part I | Palm Beach County,  FL 2025 | PI | P |
| 296. | Matthew J. David, an individual, Plaintiff Vs. General Dynamics Information Technology, Inc. a Virginia Corporation Defendant | Deposition Part I | United States District Court Middle District of Florida Tampa Division | Defamation | D |
| 297. | Tayler Paige Marks, Plaintiff Vs Refrigerated Express, Inc., Transport Leasing /Contract, Inc. and Christopher Strohbach | Deposition | Duval County, FL 2025 | PI | D |

| 298. | Crystell E. Petty, Petitioner<br><br>vs<br><br>Earle L. Petty, III Respondent | Hearing | Brevard County, FL 2025 | Family | F |
|---|---|---|---|---|---|
| 299. | James Raymond King, Plaintiff<br><br>Vs<br><br>Missouri American Water Co., Defendant | Deposition | St. Louis County 2025 | Discrimination | D |
| 300. | Matthew J. David, an individual, Plaintiff<br><br>Vs.<br><br>General Dynamics Information Technology, Inc. a Virginia Corporation Defendant | Deposition Part 2 | United States District Court Middle District of Florida Tampa Division | Defamation | D |
| 301. | James Raymond King, Plaintiff<br><br>Vs<br><br>Missouri American Water Co., Defendant | Trial | St. Louis County 2025 | Discrimination | D |

| | | | | | |
|---|---|---|---|---|---|
| 302. | **Romina P. Mincey, and individual, Plaintiff,**<br><br>**v.**<br><br>**Amy S. Connolly, and individual, and Progressive Select Insurance Company, a foreign Profit corporation Defendants** | Deposition | Alachua County, Fl 2025 | PI | P |
| 303. | **Lambert Van Der Walde, Petitioner**<br><br>**V**<br><br>**Desiree Van Der Walde, Respondent** | Deposition | Palm Beach County,  FL 2025 | Family | F |
| 304. | **Nemesis Eulalee Myers  Hodgson, Plaintiff**<br><br>**V**<br>**International Cruise Shops LTD d/b/a Starboard Cruise Services, Inc. a Royal Caribbean Cruises, LTD Defendant** | Deposition | Miami-Dade County, FL 2025 | PI | P |
| 305. | **Bowne, Raymond, Plaintiff**<br><br>**v.**<br><br>**USAA Defendant** | Deposition | Escambia County, 2025 | PI | P |

| 306. | Gabrielle Williams, Plaintiff<br><br>V<br><br>Curathealth Jacksonville, LLC, Aaron West M.D., Aaron J. West, M.D. P.A., Sheila Casabar, Fawzi Farha, M.D., First Coast Surgical Associates, Inc. Fawzi Faraha, M.D. , Inc. Sebastain Stancui, M.D., Brian Cooper, M.D. , Tawana Thomas, MD, First Coast Infectious Disease Consultants, LLC Defendants | Deposition | Duval County, 2025 | Medical Malpractice | D |
| 307. | Naomi Bumburry, Plaintiff<br><br>V<br><br>Yaima Garcia Lugo, Defendant | Deposition | Miami Date County, 2025 | PI | D |
| 308. | Brian Patrick Barnett, Petitioner/Husband<br><br>V<br>Brenda Diane Barnett Respondent/Wife | Hearing | Brevard County, FL 2025 | Family Law | F |

Attachment 3

| 309. | Mark Mulfinger, Plaintiff<br><br>V<br><br>Dareld Markeith Turner, Pacific Indemnity Company, and Federal Insurance Company, Defedants | Deposition | Hillsborough County, FL 2025 | PI | P |
|---|---|---|---|---|---|
| 310. | Jamie Ann Ackendorf, Plaintiff<br><br>V<br><br>Ronald Joseph Giovino and Constance Ann Giovino, Defendant | Deposition | Pinellas County, 2025 | PI | P |
| 311. | JUAN CARRANZA et al<br>vs<br>Amaya Landscaping Maintenance and Lawn Care, Inc. et al | Trial | Miami County, 2025 | PI | P |
| 312. | Scott Cannon<br>v<br>Diana Cannon | Trial | Hernando County, FL 2025 | Family | F |

Attachment 3

| 313. | Julie Anne Miller, Plaintiff V Alexander Rojas, and individual, Dish Network, LLC, a Foreign Limited Liability Corporation, Gelco Fleet Trust, and Dish Network Service, LLC, a Foreign Limited Liability Corporation, Defendants | Deposition | Seminole County, FL 2025 | PI | D |
|---|---|---|---|---|---|
| 314. | Schindler vs. Schindler | Hearing | | Family | F |
| 315. | Price, Mary vs. RV Communications & Hawkins, Joshua | Deposition | Brevard County, 2025 | PI | P |
| 316. | David Boddy, Plaintiff V Alexandro Sharrod Bryant and Costco Wholesale Corporation, Defendant | Deposition | Palm Beach County, FL 2025 | PI | P |

Attachment 3

| 317. | **Kimberly DeGregorio, Plaintiff**<br><br>**V**<br><br>**WNY Hodlings, LLC; WNY Properties, LLC and WNY-Island Reserve Apts., LLC Defendants** | Deposition | Okaloosa County, FL 2025 | PI | D |
|---|---|---|---|---|---|
| 318. | **Roosevelt Travis, Jr. Plaintiff**<br><br>**V**<br><br>**Acme Barrier L.C. Matthew Tyler Allen Defendant** | Deposition | Gadsen County, FL 2025 | PI | D |
| 319. | Tamara Barber vs. Adam Dugan | Trial | Duval County, 2025 | PI | P |
| 320. | Kelly Branch, Plaintiff<br><br>V<br><br>Van Clay Arnold and Geico General Insurance Company, Defendant | Deposition | Duval County, 2025 | PI | D |

Attachment 3

| 321. | Sam Walker, Plaintiff<br><br>V<br><br>David Thiesen and H&M Trucking, Inc. Defendant | Deposition | Columbia County, 2025 | PI | D |
|------|------|------|------|------|------|
| 322. | **Castillo, Leyanis vs.**<br><br>**Easterseals South Florida** | Deposition | Miami, 2025 | WC | P |
| 323. | **McLeod, Laura, Plaintiff**<br><br>**v**<br><br>**Gators Dockside of Lake City, LLC Defendant** | Deposition | Columbia County, 2025 | PI | D |
| 324. | **Bailey Dornemann, Plaintiff**<br><br>**V**<br><br>**NPC International, Inc. and Hali O'Berry, Defendant** | Deposition | Pinellas County, 2025 | PI | D |

| 325. | Brittany Terrelle Daniels, Plaintiff<br><br>V<br><br>State Farm Mutual Automobile Insurance Company, Exterior Finish Plastering, LLC, Ricardo Alejandro Duque and Jaqueline Marie Underhill, Defendants | Deposition | Marion County, FL 2025 | PI | P |
|---|---|---|---|---|---|
| 326. | Gregory L. Harris, Plaintiff<br><br>V<br><br>Lineberry Properties, Inc., a foreign limited liability company, Carrabba's Italian Grill, LLC, a Florida limited liability company, Bloomin Brands, Inc., a foreign profit corporation, and Waste Pro USA, Inc. a Florida profit corporation | Deposition | St. Lucie County, FL 2025 | | |
| 327. | Bailey Dornemann, Plaintiff<br><br>V<br><br>NPC International, Inc. and Hali O'Berry, Defendant | Trial | Pinellas County, 2025 | PI | D |
| 328. | Beverly Aleman and Roger Aleman, Plaintiffs<br><br>V<br><br>Texas Health Presbyterian Hospital Flower Mound, et al. | Deposition | United State District Court of Eastern Texas | Med Mal | P |

Attachment 3

| 329. | David Swearingen, Plaintiff<br><br>v.<br><br>Allstate Fire and Casualty Ins & Ace American Ins., Defendant | Deposition | Marion County, FL 2025 | PI | P |
|---|---|---|---|---|---|
| 330. | ELIZABETH ADKINS, as Personal Representative of the Estate of KAYLA ADKINS, Deceased, Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Foreign Corporation, CVS PHARMACY, INC., a Foreign Corporation, HOLIDAY CVS, LLC, a Florida Limited Liability Company, d/b/a CVS PHARMACY, LAKE CITY INSTITUTE OF NEUROLOGY, P.A., a Florida corporation, d/b/a FLORIDA INSTITUTE OF NEUROLOGY and NAGA L. NIDADAVOLU, M.D., | Deposition | Polk County, FL 2025 | Wrongful Death | P |
| 331. | Richard Heatherington, Plaintiff<br><br>V<br><br>Clorisa Ann Wills and B&B Pizza Partners, LLC | Deposition | Polk County, FL 2025 | PI | P |

Attachment 3

| 332. | **Jasmine Jimenez, Plaintiff**<br><br>**V**<br><br>**Yordanis Batista Hernandez and Iberia Food Corp, Defendant** | Trial | Miami Dade County, FL 2025 | PI | P |
|---|---|---|---|---|---|
| 333. | **Roberta Carr, Plaintiff**<br><br>**V**<br><br>**Davidson Hotel Company, LLC d/b/a Davidson Hospitality Group and Eden ROC, LLLP d/b/a Eden Roc Miami Beach Hotel/Resort, Defendants** | Deposition | Miami Dade County, FL 2025 | PI | D |
| 334. | **Alejandro Atanacio Saucedo, Plaintiff**<br><br>**V**<br><br>**Michael Leslie Farrar, and individual and Rite-Hite Holding Corporation** | Deposition | Duval County, FL 2025 | PI | D |
| 335. | **Lakwana Jones, Plaintiff**<br><br>**V**<br><br>**Kenneth D. McCatter and Keith McCatter** | Deposition | Hillsborough County, FL 2025 | PI | P |

| 336. | **Grant Jefferson and Cindy Jefferson, wife, Plaintiff**<br><br>**V**<br><br>**Florida Carter Corporation, a Florida Profit Corporation and Willie F. Brown, Individually, Defendants** | Deposition | Duval County, 2025 | PI | P |
|---|---|---|---|---|---|
| 337. | **Tiffany Lalli, Petitioner/ Wife**<br><br>**V**<br><br>**Timothy Lalli, Respondent/Husband** | Trial | Manatee County, 2025 | Family Law | F |
| 338. | **Dr. George Yiachos, plaintiff**<br>**V**<br>**HHS Environmental Services, LLC, a foreign limited liability company** | Trial | Collier County, FL 2025 | PI | D |
| 339. | **Charles Bradley, Plaintiff**<br>**V**<br>**Daniel B. Merritt, Sr., an individual Defendant** | Deposition | Hernando County, FL 2025 | PI | P |

Attachment 3

| 340. | JENNIFER MAUGHAN, Petitioner, V KEVIN MAUGHAN, Respondent. | Trial | Lee County, Florida 2025 | Family Law | F |
|------|------|------|------|------|------|
| 341. | Rahul Chopra, Petitioner V Jayanthi Chopra, Respondent | Trial | Brevard County, Florida 2025 | Family Law | F |
| 342. | Charles Haddad, Plaintiff V Carnival Corporation, Defendant | Deposition | United States District Court Southern District of Florida Miami Division, Florida 2025 | PI | P |
| 343. | Donald Thomas II and Jennifer Thomas, Plaintiffs V Wilco Enterprises, Inc. d/b/a Suncoast Insulators and Specialties and Justin Latson | Deposition | Alachua County, Florida 2025 | PI | P |
| 344. | James T. Benson, Petitioner/Husband V Vanessa Brown, Respondent/ Wife | Deposition | Brevard County, Florida 2026 | Family Law | F |

Attachment 3

| 345. | HEIDI DEPANTE, Plaintiff, vs. GUNTHER MOTOR COMPANY OF PLANTATION, INC., a Florida Profit Corporation, d/b/a GUNTHER VOLKSWAGEN, VOLKSWAGEN GROUP OF AMERICA, INC. a Foreign Profit Corporation, VOLKSWAGEN AKTIENGESELLSCHAFT d/b/a VOLKSWAGEN AG, and VOLKSWAGEN DE MEXICO, S.A. DE C.V. Defendants. | Deposition | Broward County, Florida 2025 | PI | P |
|---|---|---|---|---|---|
| 346. | SHERRY ANN ADAMS, Petitioner, And SAM ADAMS, Respondent | Hearing | Pinellas County, Florida 2026 | Family | F |
| 347. | Daniel DaCosta and Karen DaCosta, Plaintiff Vs. Milano at Deering Bay Condominium Association, Inc., and Kone, Inc. | Deposition | Miami-Dade County, Florida 2026 | PI | P |
| 348. | Heidy L. Gomez, Plaintiff V Robert L. Tison, Defendant | Deposition | Alachua County, FL 2026 | PI | P |

Attachment 3

| 349. | **Breon Allen, Plaintiff** <br><br> **v.** <br><br> **Coca-Cola Beverages Florida, LLC Defedants** | Deposition | Broward County, FL 2026 | WC | P |
|---|---|---|---|---|---|
| 350. | **Hawkins** <br><br> **V** <br><br> **Hawkins** | Trial | Lee County, FL 2026 | Family | F |
| 351. | **Katherine Trofibio, Petitioner/Former Wife** <br> **Vs** <br> **Lorenzo Navarro Respondent/ Former Husband** | Hearing-Continued | Broward County, 2026 | Family | F |
| 352. | **Shawana Williams** <br><br> **vs** <br><br> **Gregory Live Oak Holdings, LLC** | Trial | Suwanee County 2026 | PI | P |
| 353. | **Lopez- Maldonado, Luis R** <br> **v.** <br><br> **Blomlie Timothy** | Deposition | Orange County, 2026 | PI | D |

| 354. | Edith Morales, Plaintiff<br><br>V<br><br>Homestead Amusement Center, Inc. and G&G Sky Vista Properties Corp, Defendants | Deposition | Miami-Dade County, 2026 | PI | D |
|------|------|------|------|------|------|
| 355. | David Boddy, Plaintiff<br>Vs.<br>Costco Wholesale Corporation, Defense | Trial | Palm Beach County, FL 2026 | PI | P |
| 356. | Beverly Aleman and Roger Aleman, Plaintiffs<br><br>V<br><br>Texas Health Presbyterian Hospital Flower Mound, et al. | Trial | United State District Court of Eastern Texas, 2026 | Med Mal | P |
| 357. | Veronica McCall, Plaintiff<br><br>vs<br><br>Josie Noel Scofield, and individual, Defendant | Deposition | Duval County, FL 2026 | PI | D |
| 358. | Darlene Pringle, Plaintiff<br><br>V<br><br>Charles M. David, Esq., A Personal Representative of the Estate of Joseph B. Mendes and Tahnia | Deposition | Marion County, FL 2026 | PI | P |

Attachment 3

| | | | | | |
|---|---|---|---|---|---|
| | **Mendes, Defendant** | | | | |
| **359.** | **Edwin Santiago, Plaintiff**<br><br>**V**<br><br>**Crew Pro Commercial Company, LLC, Outline Construction, Inc., Shrey C. Patel, Excelis Hospitality Construction, LLC and DAO Consultants, Inc. Defendants** | Deposition | Orange County, FL 2026 | PI | D |
| **360.** | **Bruce Cox, Plaitiff**<br><br>**V**<br><br>**Christina Lynn Goldstein, M.D., et. al.** | Deposition | Boone County, MO 2026 | Med Mal | P |
| **361.** | **Heidy L. Gomez, Plaintiff**<br><br>**V**<br><br>**Robert L. Tison, Defendant** | Trial | Alachua County, FL 2026 | PI | P |

| 362. | **Jorge Rivera, an individual** <br><br> **v.** <br><br> **Gators Dockside of St. Johns LLC, a Florida Limited Liability Company, and Connor Kirkham, an Individual** | Deposition | St. Johns County, FL 2026 | PI | D |
|------|------|------|------|------|------|
| 363. | **Heather Dobson, Plaintiff** <br><br> **V** <br><br> **U.S.C., Inc., a foreign Profit Corporation and Douglas Brandt, Defendant** | Deposition | Sumter County, FL 2026 | PI | P |
| 364. | **Christopher M. Greenwald and JIE Wen, Plaintiff** <br><br> **Vs** <br><br> **Timothy A. Wagner, DNS Auto Glass Shop, LLC; and USAA Casualty Insurance Company, Defendants** | Deposition | Pinellas County, FL 2026 | PI | P |
| 365. | **David Thompson, individually, Plaintiff** <br><br> **Vs** <br><br> **MARTIN MEMORIAL HEALTH SYSTEMS, INC. d/b/a CLEVELAND CLINIC MARTIN HEALTH, CLEVELAND CLINIC OF FLORIDA (A NONPROFIT CORPORATION** | Deposition | Palm Beach County, FL 2026 | Med Mal | P |

Attachment 3

| 366. | **Christopher M. Greenwald and JIE Wen, Plaintiff** <br><br> **Vs** <br><br> **Timothy A. Wagner, DNS Auto Glass Shop, LLC; and USAA Casualty Insurance Company** | Deposition | Pinellas County, FL 2026 | PI | P |
|------|---|---|---|---|---|
| 367. | **Elyse Richards vs. Matthew Johnson et al** | Deposition | Pinellas County, 2026 | PI | P |
| 368. | **Addison Walker vs. Richard "Dick" Wiebelt, et al.** | Deposition | Highlands County | PI | P |